UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS L. WALKER,

     *Plaintiff,*

v.

MARY GREINER, et al.,

     *Defendants.*

CASE NO. 21-12874
DISTRICT JUDGE DENISE PAGE HOOD
MAGISTRATE JUDGE PATRICIA T. MORRIS

## ORDER FOR PLAINTIFF TO PROVIDE DEFENDANTS' ADDRESS

On December 2, 2021, Plaintiff, a Michigan Department of Corrections ("MDOC") inmate, filed this 42 U.S.C. § 1983 action *pro se*.  He alleges that Defendant MDOC employees and various health care professionals failed to provide adequate care for his rotator cuff tear.  (ECF No. 1, PageID.3).

On October 27, 2022, Magistrate Judge Elizabeth A. Stafford granted Plaintiff's request for U.S. Marshals Service to serve the Complaint on Defendants.  (ECF No. 10).  The case was transferred to the undersigned on October 28, 2022.  However, Plaintiff has not provided a service address for Defendants Vivien Dorsey, Connie McCool, Connie Whipple or Kaelynn Pfeil, identified in the Complaint as employees of Henry Ford Allegiance Hospital of Jackson, Michigan.  (ECF No. 1, PageID.2).

Accordingly, **IT IS ORDERED** that that Plaintiff provide a service address for Defendants Vivien, Dorsey, McCool, Whipple, and Pfeil by December 12, 2022. Failure

to comply with this Order could lead to a recommendation that these defendants be dismissed for want of prosecution under Fed. Civ. R. P. 41.

Date: November 21, 2022

                                               s/ PATRICIA T. MORRIS
                                               Patricia T. Morris
                                               United States Magistrate Judge