UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS L. WALKER,
    Plaintiff,

-v-

MARY GREINER, et al.,
    Defendants.
_____/

CASE NO. 21-12874
DISTRICT JUDGE DENISE PAGE HOOD
MAGISTRATE JUDGE PATRICIA T. MORRIS

### ANSWER TO ORDER FOR PLAINTIFF TO PROVIDE DEFENDANT'S ADDRESS

Per the Order of November 21, 2022, please find the following address for the following Defendants:

1. Vivien Dorsey
   Henry Ford Allegiance Hospital
   205 N. East Avenue
   Jackson, Michigan 49201-1753
   (517) 205-4905

2. Connie McCool
   Henry Ford Allegiance Hospital
   205 N. East Avenue
   Jackson, Michigan 49201-1753
   (517) 205-4905

3. Connie Whipple
   Henry Ford Allegiance Hospital
   205 N. East Avenue
   Jackson, Michigan 49201-1753
   (517) 205-4905

4. Kaelynn Pfeil
   Henry Ford Allegiance Hospital
   205 N. East Avenue
   Jackson, Michigan 49201-1753
   (517) 205-4905


FILED
DEC 07 2022
CLERK'S OFFICE
DETROIT

These are the only four (4) Defendants; the Order in ¶3, line two made a clerical error by citing "Vivien, Dorsey" as two (2) people; it is only one.

Respectfully submitted,

Dated: December 1, 2022

Marcus L. Walker #374618
Marcus L. Walker (374618)
Plaintiff in Pro Per
Gus Harrison Correctional Facility
2727 E. Beecher Street
Adrian, Michigan 49221-3506

**POOR QUALITY ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS L. WALKER,
    Plaintiff,

-v-

MARY GREINER, et al.,
    Defendants.
_____/

CASE NO. 21-12874
DISTRICT JUDGE DENISE PAGE HOOD
MAGISTRATE JUDGE PATRICIA T. MORRIS

## PROOF OF MAILING

The undersigned states that on November 2, 2022, that he mailed the original of: Answer to Order for Plaintiff to Provide Defendant's Address; and, Proof of Mailing, by Expediated Legal Mail, given to prison staff for depositing into the U.S. Mail to:

    Clerk of the Court
    U.S. District Court
    Eastern District of Michigan
    Theodore Levin U.S. Courthouse
    231 W. Lafayette, Rm. 546
    Detroit, Michigan 48226

I declare under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746(2).

Dated: November 2, 2022

                                                Marcus L. Walker #374618
                                                UMWen: BN MMap;WI Mmmiant

Marcus L. Walker #374618
Gus Harrison Correctional Facility
2727 E. Beecher Street
Adrian, Michigan 49221-3506

48226-270099

Clerk of the Court
United States District Court
Theodore Levin U.S. Courthouse
231 W. Lafayette, Rm 546
Detroit, Michigan, 48226

METROPLEX MI
3 DEC 2022 PM 1 4



ZIP 49221
02 4W
0000385939DEC 02 2022

US POSTAGE PAID PITNEY BOWES
$ 000.57⁰