## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Marcus Walker, #374618

      Plaintiff,

v.

Greiner, et al.

      Defendants.

Case No: 2:21-cv-12874
District Judge: Denise Page Hood
Magistrate Judge: Patricia T. Morris

---

| | |
|---|---|
| MARCUS WALKER, #374618 | CHAPMAN LAW GROUP |
| *In Pro Per* | Jonathan C. Lanesky (P59740) |
| Gus Harrison Correctional Facility | Nicholas B. Pillow (P83927) |
| 2727 E. Beecher St. | *Attorneys for Rickey Coleman, D.O.,* |
| Adrian, MI 49221 | *Keith Papendick, M.D., Vivien Dorsey, M.D.,* |
| | *Mary Greiner, D.O., Rosilyn Jindal, P.A.,* |
| | *and Kaelynn Pfeil* |
| | 1441 West Long Lake Rd., Suite 310 |
| | Troy, MI 48098 |
| | (248) 644-6326 |
| | jlanesky@chapmanlawgroup.com |
| | npillow@chapmanlawgroup.com |

---

**APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS RICKEY COLEMAN, D.O., KEITH PAPENDICK, M.D., VIVIEN DORSEY, M.D., MARY GREINER, D.O., ROSLYN JINDAL, P.A., AND KAELYNN PFEIL**

**TO:  CLERK OF THE COURT**

NOW COMES the law firm of CHAPMAN LAW GROUP, represented by

JONATHAN C. LANESKY and hereby gives notice of his appearance on behalf of

Defendants, RICKEY COLEMAN, D.O., KEITH PAPENDICK, M.D., VIVIEN

DORSEY, M.D., MARY GREINER, D.O. ROSLYN JINDAL, P.A., and

KAELYNN PFEIL.

Respectfully submitted,
CHAPMAN LAW GROUP

Dated: December 13, 2022        */s/ Jonathan Lanesky*
Jonathan C. Lanesky (P59740)
Attorney for Rickey Coleman, D.O., Keith
Papendick, M.D., Vivien Dorsey, M.D., Mary
Greiner, D.O., Rosilyn Jindal, P.A., and
Kaelynn Pfeil
1441 W. Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
jlanesky@chapmanlawgroup.com

## **PROOF OF SERVICE**

I hereby certify that on December 13, 2022, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non participants.

*/s/ Jonathan Lanesky*
Jonathan C. Lanesky (P59740)
1441 W. Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
jlanesky@chapmanlawgroup.com