# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Marcus Walker, #374618

    Plaintiff,

v.

Greiner, et al.

    Defendants.

Case No: 2:21-cv-12874
District Judge: Denise Page Hood
Magistrate Judge: Patricia T. Morris

| | |
|---|---|
| MARCUS WALKER, #374618<br>*In Pro Per*<br>Gus Harrison Correctional Facility<br>2727 E. Beecher St.<br>Adrian, MI 49221 | CHAPMAN LAW GROUP<br>Jonathan C. Lanesky (P59740)<br>Nicholas B. Pillow (P83927)<br>*Attorneys for Rickey Coleman, D.O.,*<br>*Keith Papendick, M.D., Vivien Dorsey, M.D.,*<br>*Mary Greiner, D.O., Rosilyn Jindal, P.A.,*<br>*and Kaelynn Pfeil*<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>jlanesky@chapmanlawgroup.com<br>npillow@chapmanlawgroup.com |

## DEFENDANTS RICKEY COLEMAN, D.O., KEITH PAPENDICK, M.D., VIVIEN DORSEY, M.D., MARY GREINER, D.O., ROSLYN JINDAL, P.A., AND KAELYNN PFEIL'S JURY DEMAND

NOW COME Defendants RICKEY COLEMAN, D.O., KEITH PAPENDICK, M.D., VIVIEN DORSEY, M.D., MARY GREINER, D.O., ROSLYN JINDAL, P.A., and KAELYNN PFEIL, by and through their counsel, CHAPMAN LAW GROUP, hereby enters their demand for trial by jury on all

matters before the Court to the extent allowed by law and request a trial by jury to resolve all claims and issues associated with this action.

          Respectfully submitted,
          CHAPMAN LAW GROUP

Dated: December 13, 2022        */s/ Jonathan Lanesky*
          Jonathan C. Lanesky (P59740)
          Nicholas B. Pillow (P83927)
          Attorneys for Rickey Coleman, D.O., Keith Papendick, M.D., Vivien Dorsey, M.D., Mary Greiner, D.O., Rosilyn Jindal, P.A., and Kaelynn Pfeil
          1441 W. Long Lake Rd., Suite 310
          Troy, MI 48098
          (248) 644-6326
          jlanesky@chapmanlawgroup.com
          npillow@chapmanlawgroup.com

### **PROOF OF SERVICE**

I hereby certify that on December 13, 2022, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non participants.

          */s/ Jonathan Lanesky*
          Jonathan C. Lanesky (P59740)
          1441 W. Long Lake Rd., Suite 310
          Troy, MI 48098
          (248) 644-6326
          jlanesky@chapmanlawgroup.com