UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARCUS WALKER #374618,

    Plaintiff,    NO. 2:21-cv-12874

v    HON. DENISE PAGE HOOD

DR. MARY GREINER, *et al.*,    MAG. PATRICIA T. MORRIS

    Defendants.

---

| | |
|---|---|
| Marcus Walker #374618<br>*In Pro Per*<br>Gus Harrison Correctional Facility<br>2727 East Beecher Street<br>Adrian, MI  49221<br><br>Allan J. Soros (P43702)<br>Assistant Attorney General<br>Attorney for MDOC Defendants<br>Michigan Department of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI  48909<br>(517) 335-3055 | CHAPMAN LAW GROUP<br>Nicholas B. Pillow (P83927)<br>Jonathan C. Lanesky (P59740)<br>Attorneys for Defendants for<br>  Dr. Coleman, Dr. Papendick,<br>  Dr. Dorsey, Dr. Greiner, PA Jindal<br>  and Pfeil<br>1441 W. Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326 |

---

## **APPEARANCE OF COUNSEL**

Please enter our appearance as attorneys on behalf of **MDOC Defendant Dr. Carmen McIntyre Leon** in the above-entitled action.

                          Respectfully submitted,

                          *s/Allan J. Soros*
                        Allan J. Soros (P43702)
                        Assistant Attorney General
                        Corrections Division

|  |  |
|---|---|
|  | P.O. Box 30217 |
|  | Lansing, MI  48909 |
|  | sorosa@michigan.gov |
|  | (517) 335-3055 |
| Date:  January 11, 2023 | P43702 |

Soros\Walker 2022-0363663-A\Appearance of Counsel (AJS)

## **CERTIFICATE OF SERVICE**

I certify that on **January 11, 2023**, I electronically filed **APPEARANCE OF COUNSEL,** with the Clerk of the Court using the ECF system and I certify that my secretary, Joleen McQuiston, has mailed by U.S. Postal Service the papers to the following non-ECF participant(s):

Marcus Walker #374618
*In Pro Per*
Gus Harrison Correctional Facility
2727 East Beecher Street
Adrian, MI  49221

>  *s/ Allan J. Soros*
>  Allan J. Soros (P43702)
>  Assistant Attorney General
>  Corrections Division
>  P.O. Box 30217
>  Lansing, MI  48909
>  sorosa@michigan.gov
>  (517) 335-3055
>  P43702