UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS L. WALKER,

       Plaintiff,

v

DR. MARY GREINER, ROSILYN JEAN JINDAL,
MARY VELARDE, KAELYNN PFEIL,
CONNIE MCCOOL, DR. JEFFREY BOMBER,
CONNIE WHIPPLE, DR. VIVIEN DORSEY,
JEFFREY STIEVE, DR. RICKEY COLEMAN,
DR. KEITH PAPENDICK, RICHARD D. RUSSELL,
STACEY REAM, DR. JAMES BRESSMAN,
CARMEN MCINTYRE JOHN DOE #2,
and JOHN DOE #1,

       Defendants.

Case No: 2:21-CV-12874
Hon. Denise Page Hood
Magistrate Judge Stafford, Elizabeth

_____/

| | |
|---|---|
| MARCUS L. WALKER (374618)<br>*In Pro Per*<br>Gus Harrison Correctional Facility<br>2727 E. Beecher Street<br>Adrian, Michigan 49221 | COLLINS EINHORN FARRELL P.C.<br>RICHARD A. JOSLIN, JR. (P47510)<br>Attorney for Defendant Mary Velarde, R.N.<br>4000 Town Center, 9th Floor<br>Southfield, MI 48075<br>(248) 355-4141<br>Richard.Joslin@ceflawyers.com |

CHAPMAN LAW GROUP
JONATHAN C. LANESKY (P59740)
NICHOLAS PILLOW (P83927)
Attorneys for Defendants
1441 West Long Lake Road
Ste. 310

Troy, Michigan 48098
248-644-6326
jlanesky@chapmanlawgroup.com
npillow@chapmanlawgroup.com
_____/

## **STIPULATION FOR SUBSTITUTION OF ATTORNEY**

NOW COMES Richard A. Joslin and Collins Einhorn Farrell PC, attorney for defendant, Mary Velarde, R.N. and hereby stipulates and consents to the substitution of Alan Soros, Assistant Attorney General, Michigan Department of Attorney General in his place and stead as attorney for the above named defendant in the above-entitled matter.

| | | |
|---|---|---|
| /s/ *Richard A. Joslin, Jr.* | Dated: | January 11, 2023 |

COLLINS EINHORN FARRELL PC
RICHARD A. JOSLIN (P47510)
Attorney for Defendant Mary Velarde, R.N.

| | | |
|---|---|---|
| /s/ *Alan Soros w/consent* | Dated: | January 11, 2023 |

ALAN SOROS (P43702)
Assistant Attorney General
Michigan Department of Attorney General

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS L. WALKER,

          Plaintiff,

v

DR. MARY GREINER, ROSILYN JEAN JINDAL,
MARY VELARDE, KAELYNN PFEIL,
CONNIE MCCOOL, DR. JEFFREY BOMBER,
CONNIE WHIPPLE, DR. VIVIEN DORSEY,
JEFFREY STIEVE, DR. RICKEY COLEMAN,
DR. KEITH PAPENDICK, RICHARD D. RUSSELL,
STACEY REAM, DR. JAMES BRESSMAN,
CARMEN MCINTYRE JOHN DOE #2,
and JOHN DOE #1,

          Defendants.
_____/

Case No: 2:21-CV-12874
Hon. Denise Page Hood
Magistrate Judge Stafford, Elizabeth

## **ORDER FOR SUBSTITUTION OF ATTORNEY**

Upon reading and filing of the attached stipulation, and the Court being fully advised of the premises;

IT IS HEREBY ORDERED that Alan Soros, Assistant Attorney General, be substituted in the place of Richard A. Joslin and Collins Einhorn Farrell PC, as attorney for defendant, Mary Velarde, R.N. in the within cause of action.

Date: January 13, 2023          s/ Patricia T. Morris

PATRICIA T. MORRIS
U.S. MAGISTRATE JUDGE