UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARCUS WALKER #374618,

    Plaintiff,　　　　　　　　　　　NO. 2:21-cv-12874

v　　　　　　　　　　　　　　　　HON. DENISE PAGE HOOD

DR. MARY GREINER, *et al.*,　　　　　MAG. PATRICIA T. MORRIS

    Defendants.
_____/

**ORDER GRANTING MDOC DEFENDANT'S**
**MOTION TO STAY DISCOVERY**

    MDOC Defendant RN Mary Velarde, having filed a Motion to Stay Discovery and the Court having reviewed same;

    IT IS ORDERED that the motion is GRANTED and discovery shall be stayed during the pendency of this action or until further Order of this court.

Date: March 13, 2023　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Patricia T. Morris
　　　　　　　　　　　　　　　　　United States Magistrate Judge