UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Marcus L. Walker,

                Plaintiff(s),

v.                                         Case No. 2:21–cv–12874–DPH–PTM
                                          Hon. Denise Page Hood

Mary Greiner, et al.,

                Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

        Motion to Dismiss – #60

IT IS HEREBY ORDERED that Marcus L. Walker shall file a response to the above document on or before April 18, 2023. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

IT IS FURTHER ORDERED that a reply, if any, shall be filed on or before May 2, 2023.

                                                s/Patricia T. Morris
                                                Patricia T. Morris
                                                U.S. Magistrate Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                         By: s/K Castaneda
                                             Case Manager

Dated:   March 28, 2023