

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Marcus L. Walker,
    Plaintiff,

v.

        Case No.:2:21-cv-12874
        Hon. Denise Page Hood

Dr. Mary Greiner, et al.
    Defendants.
_____/

RESPONSE TO ORDER
REGARDING SERVICE ON DEFENDANTS

    Please be advised that it has been reviewed thru case authority, Calhoun v Corizon Health, Inc., 2021 U.S. Dist. LEXIS 229969 (WD. Mich., Nov. 1, 2021) it reflects that Connie (McCool) Whipple are one and the same. Connie (McCool) Whipple works for the Michigan Department of Corrections (MDOC) as a person who handles clerical duties. See also Lene v Whipple, 2023 U.S. Dist. LEXIS 15221 (ED. Mich., Jan. 30, 2023).

                            Respectfully submitted,

                            Marcus Y. Walker #374618
                            Marcus L. Walker
                            Plaintiff, pro se



Marcus L. Walker - 314618
Gus Harrison Correctional Facility
2727 E. BEECHER. ST
Adrian, MI. 49221

United States Di...
Eastern District of Michigan Theodore Levin
U.S. Court house 231 W. Lafayette Blvd. Rm 546
Detroit, Michigan 48226