

FILED
JUN 0 2 2023
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARCUS WALKER
    Plaintiff,

v.

DR. MARY GREINER, et.al.,
    Defendants.

No. 2:21-cv-12874
Hon. Denise Page Hood
Mag. Patricia T. Morris

| | |
|---|---|
| Marcus Walker (374618)<br>Plaintiff in Pro Per<br>Gus Harrison Corr. Fac.<br>2727 East Beecher Street<br>Adrian, MI 49221 | Allen J. Soros (P43702)<br>Assistant Atty Gen<br>Attorney for MDOC Defs.<br>P.O. Box 30217<br>Lansing, MI 48909 |
| Ian T. Cross (P83367)<br>Attorney for Defendant Dr. Greiner<br>402 W. Liberty St.<br>Ann Arbor, MI 48103 | Chapman Law Group<br>Attorneys for Defendants<br>for Dr. Papendick, Dr. Greiner, Pfeil<br>1441 W. Long Lake Rd.<br>Suite 310<br>Troy, MI 48098 |

## PLAINTIFF'S REBUTTAL TO MDOC DEFENDANT'S REPLY TO MOTION FOR SUMMARY JUDGMENT

    MDOC Defendant Dr. James Blessman was personally involved when he denied pain medication to Plaintiff Walker and Dr. Blessman was placed on Notice.

    MDOC Defendant Richard Russell who has no training in the medical field should have forwarded the Step III Grievance either to Corizon Health Care Inc. or to the Bureau of Health; he had no authority to deny any grievance involving medical. If a Warden cannot review such a Grievance on medical, how does Defendant Russell.

    Defendant Russell has testified at a bench trial and an evidentiary hearing in the past. See e.g., Martin v Goings, 2020 U.S. Dist. LEXIS

192938 (WD. Mich., Sept. 23,2020), Where Defendant Russell that there are 3 specialists that handle the Step III Grievances and that Step III greivances are to be denied. Thus establishing that filing a Step III grievance would be a waste of time and the prisoner can never get a fair and just ruling.

The latest argument for these two defendants is a waste of precious judicial time and tying the Court up with no merit. Defendant Russell and his staff did not mention that there were no Step 1 interviews, which should had been returned so that policy was being followed before rendering a decision. Additionally, all due process rights were denied to Plaintiff Walker from Step I through Step III. The Step II was denied by Carol Swayze, Administrative Assistant to former Warden Sherman Campbell, whom was unaware of former Stacey Ream sending all Step II to Warden Campbell's office. After Stacey Ream left the Gus Harrison Correctional Facility (ARF), Ms. Swayze also left the following week.

Plaintiff Walker still relies upon his former filing of "Plaintiff's Response to Defendant's Motion to Dismiss" and the Supporting Brief thereto; as well, as his recent "Response To Defendant Dr. Stieve's Motion to Dismiss or Alternatively, for Summary Judgment on the Basis of Exhaustion" which breaks down the Policy Directive 03.02.130.

### Remedy

Wherefore, Plaintiff request that Dr. Stieve's motion to dismiss or grant summary judgment be denied.

Respectfully submitted,

Date: May 23 ,2023

Marcus L. Walker, pro se

2

## Certificate of Service

I declare under the penalty of prejudice that I caused to be mailed the above documents and pleadings to:

Allen J. Soros
Assistant Attorney General
P.O. Box 30217
Lansing, MI 48909

                                                Marcus L. Walker, affiant

Marcus L. Walker #374618
Gus Harrison Correctional Facility
2727 E. Beecher St.
Adrian, MI. 49221

United States Dis...
Eastern District of Michigan Theodore Levin
U.S. Courthouse 231 W. Lafayette Blvd. Rm 546
Detroit, Michigan 48226



US POSTAGE $001.08
ZIP 49221
MAY 05 2023