UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C

F I L E D
JUN 25 2025
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

MARCUS L.WALKER

      Plaintiff,

v.

MARY GRIENER,Etla

      Defendant,

_____/

CASENo.2:21-cv-12874

Denise Page Hood
United States District Judge

Patricia T.Morris
United States Magistrate Judge

PLAINTIFF MOTION TO SHOW CAUSE WHY CLAIM AGAINST CORIZON
DEFENDANT SHOULD ~~AK~~ NOT BE DISMISSED
WITHOUT PREJUDICE

This is a prisoner Civil Rights Action filed by marcus L.Walker, in pro per;
for damages and injuction relief undrr 42 U.S.C.ss1983, alleging denial of medical
care and cruel and unusual punishment in violation of the Eigth Amendment to the
United States of America Constitution.

Plaintiff Marcus L.Walker moves this Honorable Court to not dismiss claims against
former employees Defendant(s) Rosely Jean Jindal, physician Assistances at ARF;
Keith Papendiek, DO, pain utilization management directorfor Outpatient Care for
Corizon; Ricky Coleman, acting Chief Medical Officer (ACMO), as well as the pain
utilization management director, Impatient Care for Corizon and Defendant(s) DeMary Griner
etal for Corizon/Wellpath and D.Vitalcore.

This case, like many others involving Corizon or its former employees, has been stayed
pending resolution of Corizons chapter 11 peoceedings in the united states Bankruptcy
Court for the Southern District of Texas.

These first three former Michigan Corizon employee's of the debtor, Tehum Care
services; Inc. F/K/A Corizon Health; Inc and who at various times before and upto
Septmber 2021, were medical providers working in Michigan Prisons pursuant to the
Debtor's contacted with the Michigan Department of Corrections.

Each of these defendant's active lawsuits should proceed in this Honorable Federal
District Court; Plaintiff Marcus L.Walker would be prejudice by having this action
dismissed without it being allowed to advance in this Honorable District Court.

Plaintiff Marcus L.Walker as proper Litigant, has not failed to cooperate or has
engaged in a clear pattern of delay.

Plaintiff Marcus L.Walker has correctly identified all defendant's (See July 31,2023)
Report & Recommendations.

Plaintiff Marcus L.Walker has comfirmed and received executed authorization for plaintiff based on the merits bythe Bankruptcy Court for the Southern District of texas.

Plaintiff Marcus L.Walker enclosed exhibits and additional addendums of on-going medical procedurers for continued pain and suffering that has taken seven years to receive any type of procedural treatment.

The domino effect for lack of care has resulted in paralysis, continued pain; back pain with much needed surgery, neck pain; right leg numbness causing balance and falling unexpectedly kidney function level decrease etc... (See facts within complaint page 3 thru 24 and updated MRI's and Lab results, exhibits/appx).

Dismissing this adversary proceedings would cause undue hardship, all else being equal state issues ought to be decided by this Honorable Court .

Respectfully for the forugoing reason(s) Plaintiff Marcus L.Walker, ask this Honorable Court to deny granting Corizon and its former employee's claims to be dismissed without prejuidice as it would clearly cause Plaintiff Marcus L.Walker in pro per continued hardship in his fight to stay alive for medical procedures that are needed, because of Defendant(s) failure to provide for his many medical needs based on the pattern of delibrated indiffereances and conduct of constitutional rights violations.

Respectfully Submitted,

x _Marcus L. Walker_ 374618

Marcus L.Walker#374618
Plaintiff in Pro Per
MRF-Macmb Correctional Fascilty
34625 26 Mile rd.
Lenox Twsp, MI 48048

]

VERIFICATION

I declare under the penalty of perjury that the forgoing is true and correct, 28 U.S.C. ss1745(2).

x _Marcus Walker_

Marcus L.Walker (Affiant)



**Keith Barber**
Ombudsman

Office of
*Legislative Corrections
Ombudsman*

P.O. BOX 30036
Lansing, MI 48909-7536

Phone: (517) 373-8573
Fax: (517) 373-5550

ombudsman@legislature.mi.gov

April 1, 2025

Marcus Walker  374618
Macomb Correctional Facility (MRF)
34625 26 Mile Rd.
New Haven, MI 48048

RE: Complaint submitted to the Ombudsman

Dear Mr. Walker:

We have received the complaint you submitted to the Office of Legislative Corrections Ombudsman. This letter is to notify you that your complaint is currently pending an investigation by an Ombudsman Analyst.

Complaints are usually reviewed in the order they are received. Please understand that we have a large caseload due to the volume of complaints we receive compared to our small number of staff. Therefore, this process may take some time and we are unable to give you an anticipated time frame for completion.

We will notify you once we have completed our investigation and determined an appropriate course of action. If you included original documents they are included with this letter, and we have kept copies for future reference. It is not necessary to send us any additional documentation at this time. If we are in need of additional information, we will contact you to ask that you send it to us if we are unable to get it from the MDOC directly.

Sincerely,

*Keith Barber*

Keith Barber
Ombudsman

· F9

*Exbit 1*

MICHIGAN DEPARTMENT OF CORRECTIONS
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

CAR-100
4835-1100
10/08

Prisoners write clearly-illegible/incomplete forms will be not be processed.

Date: 3-11-25

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| 374618 | Walker | MRF | 5-61-B |

Pay To: _Mail Room Over Size Mail_

Address: _____

Cost/Amount

$ 3.71

Reason/Description: (If to relative, identify relationship) _____

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Samantha K. | | | | | | $ | $ |
| | ~~Ombudsman Analyst~~ | | | | | | | |
| | P.O. Box 30036 | | | | | | | |
| | Lansing, MI. 48909-7536 | | | | | | | |
| | | | | | | | | |
| | | | RECEIVED | | | | | |
| | | | MAR 1 1 2025 | | | | | |
| | | | MRF MAILROOM | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sub-Total _____ $ 3.71

Delivery Costs _____ $ _____

Tax (if applicable) _____ $ _____

Total Amount Enclosed _____ $ 3.71

_Marcus Y. Walker_   3-11-25
**Prisoner's Signature          Date**

_K. Thomas_   3/11/25
**R.U.M. or Authorized Agent    Date**

_____   _____
**Deputy Warden or Authorized Agent    Date**

_____   _____
**Warden or Authorized Agent    Date**

| | | |
|---|---|---|
| | | |
| Code | Actual Expense | Batch Number |

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

CASE# 621   **RECEIVED**   

MAR 14 2025

Hello, Samantha K,    LEGISLATIVE CORRECTIONS    3-11-25
OMBUDSMAN

These are some documents which i have much more and i, hope this can help me to get some medical Relief which i am not getting at this facility. As me been an inmate i still have rights to be "pain" free i am getting spin in all ways with this Doctor and i told him and LPN about my back as it my spine is poping yes poping and the doctor went to x-ray and say that it not evidence for me to get anything else i am in serious pain hard to sleep and medication i am on for pain is not helping me at all and when you recieve this information can you let me no you have recieved this thank You and you can look up i have a big lawsuit in against Corzion and wait for the court to rule so that where i am at look in to this to get me some serious medical help. Seen the Dentist he said it might be my back tooth on left side of my Jaw a crack so he going to referred back to medical because my face on left side still little swollen.

Marcus L. Walker
# 374618
5-61-B

MICHIGAN DEPARTMENT OF CORRECTIONS
BUREAU OF HEALTH CARE
RADIOLOGY REPORT

PATIENT NAME AND NUMBER:  Walker, Marcus 374618
PATIENT LOCK:  ARF
REQUESTING PROVIDER:  Jindal

DATE OF EXAM:  08/30/2021
FACILITY OF EXAM:  OFF-SITE

TYPE OF EXAM:  LUMBAR SPINE IN AP AND LATERAL VIEWS

Comparison 2019.

FINDINGS:  Degenerative disk disease present L3/4 and L4/5 with disk space narrowing, mild
spurring, and at L3/4, vacuum phenomenon.  No fracture or acute osseous abnormality.
Appearance similar to study of 2019.  There is note made of a mild dextroscoliosis apex L3/4.

IMPRESSION:  Degenerative disk disease, described above, similar to 2019.

_____
Lyle Mindlin, DO #11461
MDOC Medical Provider

LM / mf
08/30/2021 6:39 PM /   08/31/2021 9:25AM
24859558

Walker, Marcus  374618
DOB: 08/25/1975

Exbit 2

# MRI shoulder right without contrast

Status: Final result

## Patient Images

Show patient images

## Imaging Result

**Walker, Marcus**
MRN: 62287923, Male, 8/25/1975
i0004754102

## HENRY FORD HEALTH

Henry Ford Health System Radiology
Henry Ford Jackson Health

---

ORDER DATE: 1/8/2024 9:47 AM
PROCEDURE: MRI SHOULDER RIGHT WO CONTRAST

REASON FOR EXAM: Other Comments; Transcribed – POST ROTATOR CUFF
REPAIR
ADDITIONAL HISTORY: Pt states h/o surgery on rt shoulder in march
2022, shoulder got worse after. Lt shoulder pain x 1 year; NKI.

**MRI RIGHT SHOULDER**

Technique: Coronal T1, fat-saturated PD and T2. Sagittal T1 and fat-saturated T2. Axial gradient and fat-saturated T2.

Comparison: 9/15/2021

FINDINGS:
The acromioclavicular joint shows degenerative change with fluid in the joint collecting within the fluid in subacromial subdeltoid bursa with tear of the inferior acromioclavicular ligament/capsule. Ferromagnetic artifacts related to prior rotator cuff repair are noted.

There is a full-thickness tear of the supraspinatus tendon with 4.7 cm
fraction to the level of bicipital labral complex. There is superior subluxation of humeral head in relation to glenoid with obliteration of subacromial space.
There is also full-thickness tear of the anterior fibers of infraspinatus at insertion. Mild fatty atrophy of both supraspinatus and infraspinatus tendons is seen.
The long head of the biceps tendon is well seen and normal in position. There is mild thickening of the intra-articular portion of long head of biceps with intermediate signal suggesting tendinosis. The subscapularis is attenuated with mild intrasubstance subcentimeter
signal which may represent tendinosis with probable partial tear. Chronic degeneration of glenoid labrum is seen.

No acute fracture or bone bruise is seen.

### Appointment Info

**Exam Date**

01/08/2024  9:47 AM

**Patient Class**

Outpatient

**Department**
Henry Ford MRI - Jackson Hospital

**Diagnoses**

Status post rotator cuff repair

### Providers

**Authorizing Provider**

Schmidt, Patricia
30400 TELEGRAPH RD
STE 334
BINGHAM FARMS MI 48025

**CC Providers**

---

Exhibit-7

IMPRESSION:

1. Full-thickness tear of supraspinatus with retraction to the level of bicipital labral complex.
2. Full-thickness tear of the infraspinatus anterior fibers at insertion.
3. Tendinosis with probable partial tear of subscapularis.
4. Tendinosis of long head of biceps.

Radiologist/Resident/RPA/USP: Mohammad Asad, M.D

I have personally reviewed the images, finalized the report and E-signed: Mohammad Asad, M.D at 1/8/2024 4:02 PM
WORKSTATION: DSV10
MDOC: 374618

Signed By: Mohammad Asad, MD on 1/8/2024 4:02 PM

## CPT for Order

| Order | CPT |
| --- | --- |
| MRI shoulder right without contrast | 73221 |

## MRI shoulder right without contrast: Patient Communication

♥ Released                                    ✗ Not seen

## Exam Information

| Status | Exam Begun | Exam Ended |
| --- | --- | --- |
| Final [99] | 1/08/2024   08:36 | 1/08/2024   09:47 |

## External Result Report

External Result Report

## ♀ Encounter

View Encounter

## Additional Details

View Result History

## Additional Details

View Result Routing

## IMG Smart Link info

| Smart Link ID | Order |
| --- | --- |
| IMG1331 | MRI shoulder right without contrast |

## Protocol Summary: MRI SHOULDER RIGHT WO CONTRAST          Protocol History

Marked as No Protocol Needed on 11/20/2023  9:41 AM EST by Elmo, Chad C

## Protocol Summary: MRI SHOULDER LEFT WO CONTRAST          Protocol History

Marked as No Protocol Needed on 11/20/2023  9:41 AM EST by Elmo, Chad C

## Additional Details

# Michigan Department of Corrections
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Offender Name: | WALKER, MARCUS L | | Off #: | 0374618 |
| Date of Birth: | 08/25/1975 | Sex: M | | |
| Scanned Date: | 01/09/2024 09:08 | | Facility: | MRF |

**Reviewed by Farris, Kim [KF1] PA on 01/10/2024 11:56.**

# MRI shoulder left without contrast

Status: Final result

Patient Images
  Show patient images

## Imaging Result
### Walker, Marcus
MRN: 62287923, Male, 8/25/1975
i0004748281

### HENRY FORD HEALTH
Henry Ford Health System Radiology
Henry Ford Jackson Health

---

ORDER DATE: 1/8/2024 9:47 AM
PROCEDURE: MRI SHOULDER LEFT WO CONTRAST

REASON FOR EXAM: Other Comments; Transcribed - POST
ROTATOR CUFF
REPAIR
ADDITIONAL HISTORY: Pt states h/o surgery on rt shoulder in
march
2022, shoulder got worse after. Lt shoulder pain x 1 year; NKI.

MRI LEFT SHOULDER

Technique: Coronal T1, fat-saturated PD and T2. Sagittal T1 and
fat-saturated T2. Axial gradient and fat-saturated T2.

Comparison: No previous relevant studies available for correlation.

FINDINGS:
The acromioclavicular joint shows moderate hypertrophic
degenerative
change. Acromion is type II with dilatation of fat plane between
acromion and myotendinous junction of supraspinatus.

Supraspinatus tendinosis seen with near complete tear at the
anterior
insertion.
Infraspinatus minimal tendinosis with partial tear is also identified.
The long head of the biceps tendon is well seen and normal in
position. The subscapularis tendon is intact and unremarkable.

There is no significant arthritis in the glenohumeral joint. The
glenoid labrum is intact.
No acute fracture or bone bruise is seen.

IMPRESSION:
1. Tendinosis with near complete tear of the supraspinatus anterior
insertion.
2. Mild tendinosis with partial tear of infraspinatus.
3. Moderate degenerative change of AC joint with type II acromion
predisposing patient for impingement. Correlate clinically.

## Appointment Info
### Exam Date
01/08/2024  9:47 AM

### Patient Class
Outpatient

### Department
Henry Ford MRI - Jackson
Hospital

### Diagnoses
Status post rotator cuff repair

## Providers
### Authorizing Provider
Schmidt, Patricia
30400 TELEGRAPH RD
STE 334
BINGHAM FARMS MI 48025

### CC Providers

---

Walker, Marcus (MR # 62287923) Printed by [IMP011447] at 1/9/2024 8:20 AM

Exhit - 6

Radiologist/Resident/RPA/USP: Mohammad Asad, M.D

I have personally reviewed the images, finalized the report and
E-signed: Mohammad Asad, M.D at 1/8/2024 3:29 PM
WORKSTATION: DSV10
MDOC: 374618

Signed By: Mohammad Asad, MD on 1/8/2024  3:29 PM

## CPT for Order

| Order | CPT |
|---|---|
| MRI shoulder left without contrast | 73221 |

## ✿ MRI shoulder left without contrast: Patient Communication

[♥] Released                                    ✕ Not seen

## Exam Information

| Status | | Exam Begun | Exam Ended |
|---|---|---|---|
| Final [99] | | 1/08/2024   08:36 | 1/08/2024   09:47 |

## External Result Report                        ⚕ Encounter

External Result Report                          View Encounter

## Additional Details                            Additional Details

View Result History                             View Result Routing

## IMG Smart Link info

| Smart Link ID | Order |
|---|---|
| IMG1332 | MRI shoulder left without contrast |

## Protocol Summary: MRI SHOULDER RIGHT WO CONTRAST          Protocol History

Marked as No Protocol Needed on 11/20/2023  9:41 AM EST by Elmo, Chad C

## Protocol Summary: MRI SHOULDER LEFT WO CONTRAST          Protocol History

Marked as No Protocol Needed on 11/20/2023  9:41 AM EST by Elmo, Chad C

## Additional Details

View Order Tracking

## Orders History

Audit Trail

## Order Report

⊡ Order Details

Walker, Marcus (MR # 62287923) Printed by [IMP011447] at 1/9/2024 8:20 AM

## Michigan Department of Corrections
### Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | WALKER, MARCUS L | | | Off #: | 0374618 |
| Date of Birth: | 08/25/1975 | Sex: | M | | |
| Scanned Date: | 01/09/2024 09:06 | | | Facility: | MRF |

Reviewed with New Encounter Note by Farris, Kim [KF1] PA on 01/10/2024 11:41.



| HFAH RAD MRI | Walker, Marcus |
|---|---|
| 205 N EAST AVE | MRN: 62287923, DOB: 8/25/1975, Sex: M |
| JACKSON MI 49201-1753 | Adm: 9/15/2021, D/C: 9/15/2021 |

#374618

## Results

**MRI shoulder right without contrast
(Accession i0004103799) (Order
438773932)**

## Imaging Information

### Exam Information

| Performed Procedure | Study Status | Begin Time | End Time |
|---|---|---|---|
| MRI shoulder right without contrast | Final | Wed Sep 15, 2021 12:53 PM | Wed Sep 15, 2021 2:00 PM |

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Patch, Benjamin W | N/A | N/A | N/A |

### Verification Information

| Signed By | Signed On |
|---|---|
| Hoover, Eric G, MD | Sep 16, 2021 |

### Study Result

Narrative & Impression
ORDER DATE: 9/15/2021 2:00 PM
PROCEDURE: MRI SHOULDER RIGHT WO CONTRAST

REASON FOR EXAM: Other Comments; Transcribed- INJURY DECREASED ROM
ADDITIONAL HISTORY: Pt complains of right sided shoulder pain s/p
weightlifting injury in 2018, complains of pain since then and has
difficulty raising arm above head.

MRI RIGHT SHOULDER WITHOUT CONTRAST

Technique: Coronal T1, fat-saturated T2 and STIR. Sagittal T1 and
fat-saturated T2. Axial gradient and fat-saturated T2.

Comparison: Right shoulder radiograph 06/12/2018. MRI arthrogram right
shoulder 09/05/2018.

FINDINGS:
Acromion: There is a type 2 acromion. There is a large subacromial
spur. The coracoacromial ligament is normal.

Acromioclavicular joint: There is mild to moderate acromioclavicular
joint osteoarthritis.

Subacromial subdeltoid bursa: There is small amount of fluid in the
subacromial subdeltoid bursa.

Rotator cuff: There is mild loss of muscle bulk of the supraspinatus
muscle.

There is a full-thickness tear of the supraspinatus tendon measuring
1.4 cm x 2 cm with underlying moderate tendinopathy with retraction of
the myotendinous junction to the glenohumeral joint, unchanged (image
14 coronal T2 and image 16 sagittal T2 FS). There is a

Exbit 5



**HFAH RAD MRI**
205 N EAST AVE
JACKSON MI 49201-1753

Walker, Marcus
MRN: 62287923, DOB: 8/25/1975, Sex: M
Adm: 9/15/2021, D/C: 9/15/2021

## Imaging Information (continued)

partial-thickness articular surface tear of the conjoined supraspinatus and infraspinatus tendon with retraction of the articular surface fibers measuring 2.8 cm, unchanged (image 12 coronal PD FS).

There is mild tendinopathy of the subscapularis tendon without discrete tear.

Biceps tendon: There is tendinopathy of the long of the biceps tendon within the rotator interval.

Labrum: On this non-arthrographic examination, the bicipital-labral junction and labrum appear normal.

Glenohumeral joint: There is a physiologic amount of fluid in the glenohumeral joint. The articular cartilage is normal. The rotator interval appears normal.

Bones: There is subchondral cystic changes in the anterior greater tuberosity at the rotator interval.

IMPRESSION:
1. Unchanged full-thickness tear of the supraspinatus tendon measuring 1.4 cm x 2 cm with retraction of the myotendinous junction to the glenohumeral joint.
2. Unchanged partial-thickness articular surface tear of the conjoined supraspinatus and infraspinatus tendon with retraction of the articular surface fibers measuring 2.8 cm.
3. Mild to moderate acromioclavicular joint osteoarthritis.
4. Large subacromial spur.
5. Small amount of fluid in the subacromial subdeltoid bursa related to full-thickness rotator cuff tear.
6. Mild loss of muscle bulk of the supraspinatus and infraspinatus muscles.

Radiologist/Resident/RPA/USP: Eric Hoover, M.D.

I have personally reviewed the images, finalized the report and E-signed: Eric Hoover, M.D. at 9/16/2021 3:15 PM
WORKSTATION: DSV10
MDOC: 374618

## Questionnaire

Order Entry

| Question | Answer | Comment |
|---|---|---|
| 1. Enter preferred imaging site: | HFAH Allegiance Health (517-205-4905) | |
| 2. Additional Comments: | Transcribed- INJURY | |



| HFAH RAD MRI | Walker, Marcus |
|---|---|
| 205 N EAST AVE | MRN: 62287923, DOB: 8/25/1975, Sex: M |
| JACKSON MI 49201-1753 | Adm: 9/15/2021, D/C: 9/15/2021 |

## Imaging Information (continued)

### Questionnaire (continued)

3. Enter preferred date for study:

4. Protocol decision preference:

5. Contact number for exam questions:

6. If this injury is related to an accident, enter the date of the accident/injury:

DECREASED ROM
9/1/2021
Radiologist determines exam protocol including IV contrast
265-3900

Begin Exam

### HFAH GENERAL MRI QUESTIONS:

| Question | Answer | Comment |
|---|---|---|
| 1. Is this a limited study? | | |
| 2. What symptoms/issues are you having that pertain to this exam? | | |
| 3. Do you have pain? | | |
| 4. Where is your pain located? | | |
| 5. Do you have pain in your arms? If so, where? | | |
| 6. Do you have pain in your legs? If so, where? | | |
| 7. How long have you been in pain? | | |
| 8. Has there been an injury? | | |
| 9. When did the injury occur? | | |
| 10. Do you have any numbness, if so where? | | |
| 11. Do you have any weakness? If so, where? | | |
| 12. Have you had any bowel or bladder changes? If YES, describe. | | |
| 13. Have you or a family member had a history of a brain aneurysm? If yes, please explain. | | |
| 14. Has an ultrasound been done of this area and at what facility. | | |

End Exam

### HFAH LIMITED/SPECIAL NEED

| Question | Answer | Comment |
|---|---|---|
| 1. Is this a limited study? | | |

### HFAH MRI SPECIAL PTS

| Question | Answer | Comment |
|---|---|---|
| 1. Does the patient require additional time? | | |

## END OF REPORT

# Michigan Department of Corrections
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | WALKER, MARCUS L | | | Off #: | 0374618 |
| Date of Birth: | 08/25/1975 | Sex: | M | | |
| Scanned Date: | 09/22/2021 12:05 | | | Facility: | ARF |

**Reviewed with New Encounter Note by Jindal, Rosilyn [RJ1] PA on 09/22/2021 12:06.**

# Michigan Department of Corrections
## Consultation Request

| | | | |
|---|---|---|---|
| **Offender Name:** WALKER, MARCUS L | | **Off #:** 0374618 | **Location: MRF** |
| **Date of Birth:** 08/25/1975 | | **Sex:** M | |

**Consultation/Procedure Requested:**  Orthopedics - Follow Up Visit

**Subtype:**  Henry Ford Allegiance Health

517-205-4800

205 N. East Avenue - Jackson - 49201

**Reason for Request:**

Pt with c/o continued right shoulder, right-sided neck, right arm pain since rotator cuff surgery in March 2022. Pain is rated 10/10 at its worst, 4/10 at best. Associated with numbness/tingling, weakness. Has tenderness to palpation along the long head of the right biceps. Strength is 3/5 in right upper extremity. Attended PT at DWH once weekly until 08/18/2022. Last seen by Jackson Ortho in June 2022. Completed and has been discharged from PT

**Medications (As of 02/27/2024)**

Acetaminophen Oral Tablet 325 MG  Exp: 08/19/2024  SIG: 1-2 TABS BY MOUTH THREE TIMES DAILY AS NEEDED X 365 DAY(S)

Amitriptyline HCl Oral Tablet 150 MG  Exp: 07/23/2024  SIG: TAKE 1 TAB BY MOUTH AT BEDTIME - PILL LINE ONLY - ACMO APPROVED EXP 1/26/25

AMLODIPINE Besylate Oral Tablet 5 MG  Exp: 08/19/2024  SIG: ONE TAB BY MOUTH DAILY X 365 DAY(S)

Atorvastatin Calcium Oral Tablet 20 MG  Exp: 08/19/2024  SIG: ONE TAB BY MOUTH AT BEDTIME X 365 DAY(S)

Celecoxib Oral Capsule 100 MG  Exp: 04/11/2024  SIG: TAKE 1 CAP BY MOUTH TWO TIMES DAILY AS NEEDED

Famotidine Oral Tablet 20 MG  Exp: 08/19/2024  SIG: ONE TAB BY MOUTH TWO TIMES DAILY AS NEEDED X 365 DAY(S)

Lactulose Oral Solution 10 GM/15ML  Exp: 08/19/2024  SIG: 30 ML BY MOUTH TWO TIMES DAILY AS NEEDED X 365 DAY(S)

Lisinopril Oral Tablet 40 MG  Exp: 08/19/2024  SIG: ONE TAB BY MOUTH DAILY X 365 DAY(S)

Meclizine HCl Oral Tablet 12.5 MG  Exp: 03/12/2024  SIG: TAKE 1 TABLET BY MOUTH DAILY X 30 DAY(S) PILL LINE ONLY - KITE FOR REFILL

Pantoprazole Sodium Oral Tablet Delayed Release 40 MG  Exp: 08/19/2024  SIG: ONE TAB BY MOUTH TWO TIMES DAILY X 365 DAY(S)

TAMSULOSIN HCL Oral Capsule 0.4 MG  Exp: 07/23/2024  SIG: TAKE 2 CAPS BY MOUTH AT BEDTIME X 180 DAY(S) - KITE FOR REFILL

TRIAMCINO NAS 55MCG/PUF 16.9GM  Exp: 09/18/2024  SIG: USE 2 SPRAYS NASALLY DAILY - **NON-FORMULARY** EXP 9/21/24

Verapamil HCl ER Oral Tablet Extended Release 180 MG  Exp: 08/19/2024  SIG: ONE TAB BY MOUTH DAILY X 365 DAY(S)

**Allergies (As of 02/27/2024)**

No Known Allergies

**Health Problems (As of 02/27/2024)**

Inj musc/tend the rotator cuff of right shoulder, sequela, Cervicalgia, Essential (primary) hypertension, Gastro-esophageal reflux disease without esophagitis, Constipation, unspecified, Risk Score Intermediate - 3 to 6 Months, Headache, Contact w and exposure to oth viral communicable diseases, Hyperlipidemia, unspecified, Allergic rhinitis, unspecified, Dental caries, unspecified, Sciatica, right side, Myalgia, Muscle weakness (generalized), Constipation, unspecified, Dental caries, unspecified, Nevus, non-neoplastic, Dysuria, Pain in left shoulder, Unsp symptoms and signs involving the genitourinary system, Inj musc/fasc/tend long head of biceps, left arm, init, Chronic kidney disease, stage 2 (mild), Body mass index (BMI) 37.0-37.9, adult, Unspecified complication of procedure, initial encounter, Encntr for general adult medical exam w/o abnormal findings, Unspecified astigmatism, right eye, Presbyopia, Pinguecula, bilateral, Abnormal weight loss, Unsp symptoms and signs involving the genitourinary system, Dizziness and giddiness, Nausea with vomiting, unspecified

**Offender Requires Translator:**  No  **Language:**

**Additional Records Required:**

**Comments:**

ref 17756471

**Requested By:** Jindal, Rosilyn [RJ1] PA  **Auth#:**  17756471

**Ordered Date:**  08/29/2022 11:12

Exhibit - 4

# Michigan Department of Corrections
## Consultation Request

| | | | |
|---|---|---|---|
| **Offender Name:** WALKER, MARCUS L | | **Off #:** 0374618 | **Location: MRF** |
| **Date of Birth:** 08/25/1975 | | **Sex:** M | |

**Priority:** Routine (review within 14 days)

**Consultant Findings**

| | | |
|---|---|---|
| **Offender Name:** WALKER, MARCUS L | **Off #:** | 0374618 |
| **Date of Birth:** 08/25/1975 | **Sex:** | M |
| **Institution:** GUS HARRISON CORRECTIONAL FACILITY | | |
| 2727 E. Beecher Street | | |
| Adrian,Michigan 49221 | | |
| 517 - 2653900 | | |

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for offender health care remains with MDOC staff. While discussion of diagnostic/treatment options with the offender may be appropriate, they are subject to review by the offender's primary care provider, the institution utilitzation review committee and/or the MDOC Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Offender not to be informed of appointment dates.**

# Michigan Department of Corrections
## Consultation Request

| Offender Name: | WALKER, MARCUS L | | Off #: | 0374618 | Location: MRF |
|---|---|---|---|---|---|
| Date of Birth: | 08/25/1975 | | Sex: | M | |

Request Approval Actions:

ATP by Whipple, Connie [CW13] acting in the role of 1st Level Review on 09/06/2022.
Comments: ref 17756471
ATP: Orthopedic surgeon recommended continued P.T. P.T visit was approved x 1 visit (for HEP) on 8/23/22. It will take many months before pt. will be pain free (up to 1 year), that is assuming that the patient pushes himself during HEP. P.T./HEP hurts, but if the patient has to do it anyway.

There is no information provided to support another orthopedic consult, per Dr. R. Coleman.



HFAH RAD GENERAL
205 N EAST AVE
JACKSON MI 49201-1753

Walker, Marcus
MRN: 62287923, DOB: 8/25/1975, Sex: M
Adm: 9/5/2018, D/C: 9/5/2018

## Results

**Arthrogram shoulder right (Accession i0003281437) (Order 368271277)**

### Imaging Information

#### Exam Information

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| Arthrogram shoulder right | | Final | Wed Sep 5 2018 1:34 PM | Wed Sep 5, 2018 2:17 PM |

#### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Diana C O'Rourke-Dennis | N/A | N/A | N/A |

#### Verification Information

| Signed By | Signed On |
|---|---|
| Eric G Hoover MD | Sep 5, 2018 |

#### Study Result

ORDER DATE:9/5/2018 2:17 PM
PROCEDURE. ARTHROGRAM, SHOULDER RIGHT

REASON FOR EXAM: RT shoulder pain
ADDITIONAL HISTORY: Pt states: anterior and lateral RT shoulder pain.
with RT arm numbness and weakness x 7 months. Injured shoulder in Feb
dead lifting. No prev sx. ,
Contrast: GADOBENATE DIMEGLUMINE 529 MG/ML(0 1 MMOL/0.2 ML)
INTRAVENOUS SOLUTION 0.1 mL; IOPAMIDOL 61 % INTRAVENOUS SOLUTION 8 mL.

RIGHT SHOULDER ARTHROGRAM

PROCEDURE: Following full explanation of the procedure, risk, benefits
and opportunity to ask questions. informed consent was obtained The
procedure was performed by Cliffton L. Breile- RPA under direct
supervision of Dr. Hoover.

A site over the inferior right shoulder joint was selected using
fluoroscopic guidance. The site was then cleaned and draped in the
routine sterile fashion. 1% Lidocaine local anesthesia was infiltrated
into the skin and deeper subcutaneous tissues. Under careful
fluoroscopic observation a 22-gauge spinal needle was advanced into
the right shoulder joint. After confirming the position of the needle
in the shoulder joint, 14 mL of a mixture of 8 mL of Isovue-300, 10 mL
sterile water as well as 0 1 mL Magnevist was injected. A spot film
was taken for documentation. There is a large subacromial spur

Patient tolerated the procedure well and was discharged to the MRI
department for further imaging.

IMPRESSION:
1. Successful right shoulder arthrogram as described above
2. Large subacromial spur.



HFAH RAD GENERAL     Walker, Marcus
205 N EAST AVE     MRN: 62287923, DOB: 8/25/1975, Sex: M
JACKSON MI 49201-1753     Adm. 9/5/2018, D/C: 9/5/2018

## Imaging Information (continued)

### Study Result (continued)

3. Please refer to MRI report for further information.

INITIATED BY:Cliffton Breiler, RPA
Interpreted, finalized AND E-SIGNED· Eric Hoover, M.D. at 9/5/2018
3·10 PM
WORKSTATION: DSV5
MDOC: 374618

### Questionnaire

#### Order Entry

| Question | Answer | Comment |
|---|---|---|
| 1. Reason for exam: | RT shoulder pain | |
| 2. Enter preferred date for study: | 9/7/2018 | |
| 3. Contact number for exam questions· | 517-265-3900 ext 2653235 | |
| 4 Enter preferred imaging site: | HFAH Allegiance Health (517-205-4905) | |

5. If this injury is related to an accident, enter the date of the accident/injury:

#### End Exam

**HFAH FLUORO END TIME**

| Question | Answer | Comment |
|---|---|---|
| 1. Fluoro time· | .4 | 2 images |
| 2 Unit of time: | min | |
| 3. Will this exam be read by a radiologist? | Yes | |

### Results

**MRI arthrogram shoulder right (Accession i0003281443) (Order 368271280)**

## Imaging Information

### Exam Information

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| MRI arthrogram shoulder right | | Final | Wed Sep 5, 2018 3:04 PM | Wed Sep 5, 2018 3:41 PM |

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Travis M Dahlem | N/A | N/A | N/A |

### Verification Information

| Signed By | Signed On |
|---|---|
| Eric G Hoover, MD | Sep 5, 2018 |

### Study Result



HFAH RAD MRI
205 N EAST AVE
JACKSON MI 49201-1753

Walker, Marcus
MRN: 62287923, DOB: 8/25/1975, Sex: M
Adm: 9/5/2018, D/C: 9/5/2018

## Imaging Information (continued)

### Study Result (continued)

ORDER DATE:9/5/2018 3 41 PM
PROCEDURE: MR: ARTHROGRAM SHOULDER RIGHT

REASON FOR EXAM. Other Comments; Strain/Sprain shoulder/arm; RT
shoulder pain
ADDITIONAL HISTORY: Pt states he injured his rt shoulder lifting
weights this past February, pain radiates just past elbow, weakness
and numbness in rt arm and hand, decreased ROM. SX: brain to remove
bullet did not penetrate brain tissue, lt leg to remove bullet No
CA ; history.

MRI RIGHT SHOULDER WITH CONTRAST (POST ARTHROGRAM)

TECHNIQUE: Right shoulder arthrogram was performed prior to the MRI,
with intra-articular injection of 0 1 mL of gadolinium mixed in
iodinated contrast Axial T1, axial T2 fat-suppressed, coronal
oblique T1 fat-suppressed and T2 fat-suppressed, sagittal oblique T1
and T2 fat-suppressed and ABER T1 fat-suppressed images were
performed.

COMPARISON. Right shoulder radiograph August 12, 2018. Right shoulder
arthrogram September 05, 2018.

FINDINGS:
Acromion: There is a type 1 acromion. There is a large subacromial
spur. The coracoacromial ligament is normal.

Acromioclavicular joint: There is mild osteoarthritis of the
acromioclavicular joint.

Subacromial subdeltoid bursa: There is fluid in the subacromial
subdeltoid bursa. There is contrast in the subacromial subdeltoid
bursa.

Rotator cuff: There is normal muscle bulk throughout the rotator
cuff.

There is a full-thickness, near complete tear of the right
supraspinatus tendon measuring 1.6 cm x 1.6 cm and AP and transverse
dimension (image 16 sagittal T1 and image 14 coronal T1).

There is a partial-thickness, articular surface tear of the conjoined
tendon attachment of the posterior supraspinatus and anterior
infraspinatus tendons measuring 3 cm x 1.6 cm in transverse and AP
dimension with medial retraction of the articular surface fibers
(image 16 sagittal T1 and image 12 coronal T1).

The subscapularis tendon is hyperintense on both T1 and T2-weighted
imaging related to administration of intra-articular contrast.

Biceps tendon: The course and appearance of the long head of the






HFAH RAD MRI
205 N EAST AVE
JACKSON MI 49201-1753

Walker, Marcus
MRN: 62287923, DOB: 8/25/1975, Sex: M
Adm 9/5/2018, D/C: 9/5/2018

## Imaging Information (continued)

### Study Result (continued)

biceps tendon is normal without evidence tendinopathy or tear. There is contrast and fluid in the biceps tendon sheath

Labrum: The bicipital-labral junction is normal The labrum appears normal.

Glenohumeral joint There is a contrast in the glenohumeral joint. The articular cartilage is normal. The rotator interval appears normal.

Bones: There is normal marrow signal intensity within the bones of the shoulder girdle.

IMPRESSION:

1 Full-thickness, near complete tear of the right supraspinatus tendon measuring 1.6 cm x 1.6 cm in AP and transverse dimension.
2. Partial-thickness, articular surface tear of the conjoined tendon attachment of the posterior supraspinatus and anterior infraspinatus tendons measuring 3 cm x 1.6 cm in transverse and AP dimension with medial retraction of the articular surface fibers.
3. Fluid and contrast seen within the subacromial subdeltoid bursa secondary to full-thickness supraspinatus tendon tear.
4. Large subacromial spur.
5. Mild osteoarthritis of the acromioclavicular joint.

INITIATED BY:Eric Hoover, M.D.
INTERPRETED,FINALIZED AND E-SIGNED. Eric Hoover, M.D at 9/5/2018 4:17 PM
WORKSTATION: DSV5
MDOC: 374618

### Questionnaire

#### Order Entry

| Question | Answer | Comment |
|---|---|---|
| 1. Enter preferred imaging site. | HFAH Allegiance Health (517-205-4905) | |
| 2 Additional Comments. | RT shoulder pain | |
| 3 Enter preferred date for study: | 9/7/2018 | |
| 4. Protocol decision preference: | Radiologist determines exam protocol including IV | |

Revised Date:      2/8/2002

## DWH (processing for MRF)

| Date Submitted: | 3/1/2024 | Staff: | Nadell |
|---|---|---|---|

| | Reference # | Prisoner # | Prisoner Name | Amount | Approved | NSF | No Match Name/Number |
|---|---|---|---|---|---|---|---|
| 1 | | 374818 | Walker, Marcus | 2.50 | 2.50 | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| | | | Total Submitted | 2.50 | 2.50 | | |

| Prisoner Accounting Initials: | J.OWEN |
|---|---|
| P. Accounting Processed: | 03/01/2024 |
| Approved Amount: | 2.50 |

Michigan Medicine Orthopaedic Sports Medicine
Program | Domino's Farms
Lobby A
24 Frank Lloyd Wright Dr Ste 1000
Ann Arbor MI 48105-9484
Telephone: 734-930-7400
Fax: 734-615-1233

# MICHIGAN MEDICINE
## UNIVERSITY OF MICHIGAN

#: 374618

(2) 131-A

Rosilyn Sean Jindal, MD
2727 E Beecher St
Adrian Regional Facility
Adrian MI 49221-3506

Patient name: Marcus Walker
Medical record number: 100398287
Date of birth: 8/25/1975
Date of visit: 1/7/2019

Dear Dr. Jindal:

CC: Chronic Right shoulder pain after weight lifting injury ~11 months ago

Marcus Walker presents to the MedSport Orthopaedic Surgery Clinic for evaluation of
his right shoulder. The patient is a pleasant, right handed, 43 y.o. male, who
unfortunately has been experiencing right shoulder pain after an injury while dead lifting
~11 months ago. He reports feeling sharp pain and an associated "rip" in the shoulder.
He has been experiencing pain along the superior aspect of the shoulder (points to the
upper trapezius) and reports more recently pain through the axilla. States that his range
of motion is limited. Notes weakness when trying to lift the arm. Notes pain that wakes
him at night. Notes numbness and tingling into the right upper extremity and involves all
digits of the hand. Reports this comes and goes. He has not tried any injections nor PT
for the shoulder. He had an MRI in September and presents today for further evaluation
and management.

Visual Analogue Score (VAS): 7/70%
ASES: 41.69
Subjective Shoulder value (SSV): 10%
Constant Score: 34

**Past Medical History:** He  has a past medical history of Bruxism (teeth grinding),
Dizziness and giddiness, Hypertension, Migraine with aura, without mention of
intractable migraine without mention of status migrainosus, Reported gun shot wound,
Seasonal allergies, and Unspecified sinusitis (chronic).

**Past Surgical History:** He  has a past surgical history that includes head surgery
(1991).

**Medications:**
**Current Outpatient Medications**

| Medication | Sig |
| --- | --- |
| • amitriptyline (ELAVIL) 50 mg tablet | Take 50 mg by mouth three times daily. |
| • ASPIRIN/ACETAMINOPHEN/C AFFEINE (EXCEDRIN MIGRAINE ORAL) | |
| • calcium carbonate (TUMS) 500 mg (200 mg calcium) chewable tablet | Chew 500 mg and swallow three times daily. |
| • lisinopril (ZESTRIL) 20 mg tablet | Take 20 mg by mouth once daily. |
| • ranitidine (ZANTAC) 150 mg tablet | Take 150 mg by mouth two times daily. |
| • topiramate (TOPAMAX) 50 mg tablet | Take 50 mg by mouth two times daily. |
| • verapamil (CALAN) 120 mg tablet | Take 120 mg by mouth once daily. |

No current facility-administered medications for this visit.

**Allergies:**
**Allergies**

| Allergen | Reactions |
| --- | --- |
| • Seasonal | Sneezing |

**Social History**: He reports that he has quit smoking. He does not have any smokeless tobacco history on file. He reports that he does not drink alcohol or use drugs. He is incarcerated in the State of Michiga.

**Family History:** His family history includes High cholesterol in his mother.

**Review of Systems:** 10 of 14 systems reviewed; all were negative except right shoulder pain, limited ROM and as indicated in the HPI and history

**PHYSICAL EXAM:**
**General:** Well-developed, well-nourished 43 y.o. male in no acute distress and alert and oriented x3.
**Vitals:** Ht 1.753 m (5' 9")  | Wt (!) 113.4 kg (250 lb)  | BMI 36.92 kg/m²

**Musculoskeletal:** Focused exam of the right shoulder:
    Inspection: No open wounds or abrasions. No infraspinatus muscle atrophy. symmetric appearance of the biceps muscle.

    Cervical: ROM is asymmetric -- limited lateral rotation to the right positive Spurling's test with radicular symptoms down the right

Patient Name: Marcus Walker
MRN: 100398287
DOB: 8/25/1975
Page 3

ROM:

| Left shoulder: | Active/Passive | | Right shoulder: | Active/Passive | |
|---|---|---|---|---|---|
| | FF | 140/145 | | FF | 85/120 |
| | ER | 45/50 | | ER | 20/25 |
| | ABD | 130/135 | | ABD | 85/100 |
| | IR | T12 | | IR | buttock |

positive Neer's
positive Hawkins

Strength Testing:

| Left shoulder: | | | Right shoulder: | |
|---|---|---|---|---|
| | Deltoid | 5/5 | Deltoid | 5/5 |
| | Jobe | 13.2 | Jobe | 5.4 |
| | ER | 5/5 | ER | 5/5 |

Subscapularis:
  - 5/5 Belly Press test
  - weakness Bear Hug + pain
  - 5/5 Lift Off test

negative Paxino's (AC joint) test
positive TTP biceps groove
positive Speeds to the groove
mild TTP AC joint
positive O'Brien
Negative scapular spine

**Neuro:** Sensation is intact to light touch axillary, radial, median, ulnar nerve distributions.
**Vascular:** Radial pulses are present 2+ and equal.

**IMAGING:**

Xrays were obtained and reviewed in the clinic, which demonstrate no acute fractures, dislocations, or loose bodies. Humeral head is well aligned on the glenoid. Appropriate acromiohumeral distance is maintained. Critical shoulder angle is 40°. Osseous irregularities of the greater tuberosity suggestive of rotator cuff pathology. Mild to moderate acromioclavicular joint osteoarthritis. Widening of the acromioclavicular joint consistent with AC joint separation.

MRI dated 9/5/2018 was archived and reviewed which reveals near full-thickness tear of the supraspinatus tendon. Partial tear of the infraspinatus. Biceps tenosynovitis. Impingement.

Patient was seen and examined today by Dr. Freehill, who formulated the treatment plan.

Patient Name: Marcus Walker
MRN: 100398287
DOB: 8/25/1975
Page 4

**ASSESSMENT:** Right hand-dominant 43 y.o. male with chronic right shoulder pain, complete rotator cuff tear, biceps tenosynovitis, bursitis

**PLAN:**
Dr. Freehill reviewed radiographs, MRI, and physical exam finding with the patient. Discussed the pathology of rotator cuff tears

1) advised on starting with conservative management including physical therapy to work on shoulder girdle strengthening. To help with the pain we recommended a subacromial Toradol injection. Risk and benefits of this injection were reviewed with the patient today. He elected to proceed. Please the procedural note. PT prescription is written for the patient and he'll complete this closer to the facility where he staying.

2) Patient should be careful with activities overhead with the body especially with lifting, pushing, pulling.

At the end of the visit, questions were answered in full. The patient is in agreement with the plan and recommendations. He will follow up as needed. If he continues to have pain and limitations, then he can follow up again with Dr. Freehill. May call with any questions/concerns.

Jennifer Lynn Kreinbrink, PA-C
1/7/2019, 9:07 AM

**PROCEDURE:** Verbal consent was obtained and a time-out was completed prior to the procedure. Allergies were reviewed with the patient. Procedure performed by Dr. Freehill. The right shoulder was confirmed, marked, and sterilely prepped with Betadine. Using a posterolateral approach, 6mL of 0.2% Ropivacaine, 2mL of 30 mg/cc of Toradol for a total of 60 mg Toradol was injected into the subacromial space without difficulty. A sterile dressing was applied.
Patient tolerated the procedure well. He will monitor for adverse reactions and contact us with any concerns.

1/7/2019, 8:12 AM

I saw and evaluated Marcus Walker. The primary encounter diagnosis was Complete tear of right rotator cuff. Diagnoses of Chronic right shoulder pain, Biceps tendinitis of right shoulder, and Bursitis of right shoulder were also pertinent to this visit. Please see my Physician Assistant detailed documentation of this visit above. I have dictated a summary of the plan below.

Mr. Walker is a 43-year-old right-hand dominant gentleman, who is here after a dead lifting injury in February of 2018. He is incarcerated. He does demonstrate a supraspinatus rotator cuff tendon tear on his advanced imaging. He does have a very high critical shoulder angle of over 40 degrees. He is yet to perform a conservative management. At this time, my recommendation would be a Toradol and ropivacaine injection in the sterile fashion. This was performed after verbal consent. Five minutes after the injection, there was some improvement. We will also send along a note for shoulder girdle strengthening and rotator cuff tendon strengthening as well as exercises

Patient Name: Marcus Walker
MRN: 100398287
DOB: 8/25/1975
Page 5

to perform on his own. Again, I believe that this is the front-line treatment at this time. There is some pain out of proportion as well as some strength deficit out of proportion as well. I anticipate that there will be some improvements with regards to this injection. Follow up on a p.r.n. basis.

Michael Thomas Freehill, MD,
1/7/2019, 9:07 AM

Please contact our office should you have any questions.

Sincerely,

Michael Thomas Freehill, MD

CC:
No Recipients

Patient Name: Marcus Walker
MRN: 100398287
DOB: 8/25/1975
Page 6

# MICHIGAN DOC AUTHORIZATION LETTER

| Service Authorized: | Office Visit - Orthopedic Surgery | | |
|---|---|---|---|
| Effective Date: | 4/29/2019 | Visits Authorized: | 1 |
| Responsible Facility: | GUS HARRISON CORRECTIONAL FACILITY | | |
| Tracking Number: | 00797426 | | |
| Provider: | UNIVERSITY OF MICHIGAN HOSPITAL | | |

Note to Provider of Services:

- This health plan is administered by Blue Cross Blue Shield of Michigan. While coverage remains in force, members are entitled to benefits under the applicable plan, subject to exclusions and limitations.
- Participating doctors and hospitals are independent providers and are neither agents nor employees.
- Please see the patient identification information at the bottom right of this form for claim information.

**Blue Cross Blue Shield** of Michigan

A nonprofit corporation and independent licensee of Blue Cross and Blue Shield Association.

Provider Services: 1-800-676-2583

Company Name:

Corizon
Michigan Department of Corrections

Group Number:

71499

The consulting physician should complete this section. The completed form will be sealed in the attached envelope and returned with an officer to the correction facility.

**Clinical Summary or Attached Report**

Recommend consult with PM&R to work up his neck
Schedule image-guided (R) shoulder glenohumeral injection
F/u in Clinic PRN

☐ Follow-up visit needed (including time frame)

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| Signature of Consulting Physician | Date 12.9.19 | Time 8:30am |
|---|---|---|

Reviewed By:

| Site Medical Provider | Date | Time |
|---|---|---|

| **Corizon:** **REFERRAL LETTER** | Patient Identification | |
|---|---|---|
| | Name: | WALKER, MARCUS |
| | Inmate Number: | 374618 |
| | Insurance Number: | 994374618 |
| | D.O.B. | 08/25/1975 |

Walker, Marcus L (MRN 100398287) DOB: 08/25/1975 Encounter Date: 12/09/2019

# Walker, Marcus L

MRN: 100398287

**Office Visit** 12/9/2019
Michigan Medicine Orthopaedic
Sports Medicine Program |
Domino's Farms

Provider: Freehill, Michael Thomas, MD (Orthopedic Surgery)
Primary diagnosis: Complete tear of right rotator cuff, unspecified whether traumatic
Reason for Visit: Follow-up 🗎; Referred by Phys, Self-Refer Or No Pcp/Referring

## Encounter Notes

All notes

📄 Progress Notes from Hirsch, Kristen, Scribe

## Additional Documentation

Encounter Info:   Billing Info, History, Allergies, Questionnaires

## Recent Review Flowsheet Data

There is no flowsheet data to display in this report, but data may be available in complete flowsheet.

View Complete Flowsheet                                                ⚡ **Some recent data might be hidden**

## Provider Information

Authorizing/Billing Provider
Freehill, Michael Thomas, MD

## Referring Provider

Self-Refer Or No Pcp/Referring Phys

## Level of Service

Level of Service
PC-OFFICE/OUTPT VISIT,EST,LEVL III_RVW .97_ [99213]
LOS History

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|------|-------------|--------------|------------------|-----------|-----|
| 99213 | PC-OFFICE/OUTPT VISIT,EST,LEVL III_RVW .97_ | 12/9/2019 | Freehill, Michael Thomas, MD | | 1 |
| | Dx: Complete rotator cuff tear or rupture of right shoulder, not specified as traumatic [M75.121], Radiculopathy, site unspecified [M54.10], Cervicalgia [M54.2] | | | | |
| | Billing Provider: Freehill, Michael Thomas, MD | | | | |
| 99051 | PC-MEDICAL SERVICES, EVE/WKEND/HOLIDAY_RVW .33_ | 12/9/2019 | Freehill, Michael Thomas, MD | | 1 |
| | Dx: Complete rotator cuff tear or rupture of right shoulder, not specified as traumatic [M75.121], Radiculopathy, site unspecified [M54.10], Cervicalgia [M54.2] | | | | |
| | Billing Provider: Freehill, Michael Thomas, MD | | | | |

## Global Billing Information

No global periods active on 12/9/19

## Other Encounter Related Information

Allergies & Medications
History

,1/ɔ/2020                              `alker, Marcus L (MR#100398287) Printed by AGUIR'    KAYLENE [46169]

Walker, Marcus L (MRN 100398287) DOB: 08/25/1975 Encounter Date: 12/09/2019
    Patient-Entered Questionnaires
    Specialty Specific Documentation
    Marked s Reviewed
    Implants

## Encounter Status
    Closed by Wagner, Kristen Michele, ATC on 12/15/19 at 22:42


## Orders Placed
IG Steroid Injection Adult
Referral to Sports Medicine and Rehabilitation Adult and Adolescent (PM&R) New Request

## Medication Changes
  None

## Visit Diagnoses
  ⊕ Complete tear of right rotator cuff, unspecified whether traumatic M75.121
    Radiculopathy affecting upper extremity M54.10
    Neck pain M54.2

## Follow-up and Dispositions
Follow-up and Disposition History

Printed by Aguirre, Kaylene at 1/29/20 12:33 PM



**RELY**
**RADIOLOGY GROUP™**

RELY RADIOLOGY
1620 Northwest Blvd., #202
Coeur d'Alene, ID 838142448
(972) 468-3590

**59712-MDOC MACOMB CORRECTIONAL**

34625 26 MILE RD
LENOX TOWNSHIP, MI 480483000

| | | | | | | |
|---|---|---|---|---|---|---|
| **Claim Number :** | 45522437 | **Client Order #** | 45522437 | | | |
| **Date of Service :** | 01/02/2025 | **INMATE#** | 374618 | | | |
| **Patient Name :** | **WALKER. MARCUS** | **DOB :** | 08/25/1975 | **Gender** | **M** | |
| | | **Room::** | 00 | | | |

**Ordering Provider:** DOCTOR RELY. M.D. - (NPI: 1234560006)
**Interpreting Physician:** CHAD C ADAMS. MD - (NPI: 1447691266)
**Report Date:** 1/2/2025 12:23:28 PM

## RADIOLOGY REPORT

LUMBAR SPINE 2 OR 3 VIEWS

Results: No acute fracture identified. Alignment is grossly anatomic. Moderate to advanced multilevel degenerative changes are present, worst at L3-4 and L4-5. Soft tissues are unremarkable.

Conclusion: Degenerative changes without acute abnormality.

Electronically signed by CHAD CLINTON ADAMS, M.D. 1/2/2025 12:23:28 PM EST.

**Statement Concerning use of Results:**
I have reviewed this diagnostic report and the results have or will be used in the treatment of the patient's medical condition.

**Ordering Provider Signature:** _____ (Please sign and file in the patient's chart)

DOCTOR RELY, M.D. - (NPI: 1234560006)

CONFIDENTIALITY NOTICE: This report (including any accompanying files or documents) is intended for the use of TridentCare or the intended recipient, and may contain information that is privileged or otherwise confidential. If you are not the intended recipient, or person responsible for delivering this report to the intend recipient, be advised that any review, dissemination, distribution, printing or copying of this report (including any accompanying files or documents) is strictly prohibited. If you received this report in error, please immediately notify the TridentCare Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date and destroy this report (including any accompanying files or documents).

*If you have questions regarding these results or would like to consult with a Rely Radiologist please call 972-468-3590*          Page 1 of 1

# Michigan Department of Corrections
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | WALKER, MARCUS L | | | Off #: | 0374618 |
| Date of Birth: | 08/25/1975 | Sex: | M | | |
| Scanned Date: | 01/03/2025 10:00 | | | Facility: | MRF |

**Reviewed with New Encounter Note by Obiakor, Harold [HO2] MD on 01/03/2025 12:05.**



**59712-MDOC MACOMB CORRECTIONAL**

RELY RADIOLOGY
1620 Northwest Blvd., #202
Coeur d'Alene, ID 838142448
(972) 468-3590

34625 26 MILE RD
LENOX TOWNSHIP, MI 480483000

| | | | | |
|---|---|---|---|---|
| **Claim Number :** | 46820299 | **Client Order #** | 46820299 | |
| **Date of Service :** | 04/07/2025 | **INMATE#** | 374618 | |
| **Patient Name :** | WALKER. MARCUS | **DOB :** | 08/25/1975 | **Gender**   M |
| | | **Room::** | 00 | |

**Ordering Provider:**      DOCTOR  RELY. M.D. - (NPI: 1234560006)
**Interpreting Physician:**    ELLIOTT J WAGNER, MD - (NPI: 1558312579)
**Report Date:**            4/7/2025 9:49:15 AM

## *RADIOLOGY REPORT*

SKULL COMPLETE MIN 4V

Results: Multiple views of the skull demonstrate normal ossification pattern.  There
is no linear or depressed fracture.  The orbits are grossly intact.

Conclusion: Unremarkable skull.

Electronically signed by ELLIOT WAGNER, M.D. 4/7/2025 9:49:15 AM EDT.

**Statement Concerning use of Results:**
I have reviewed this diagnostic report and the results have or will be used in the treatment of the patient's medical condition.

**Ordering Provider Signature:** _____  (Please sign and file in the patient's chart)

DOCTOR  RELY, M.D. - (NPI: 1234560006)

CONFIDENTIALITY NOTICE: This report (including any accompanying files or documents) is intended for the use of TridentCare or the intended recipient, and may contain information that is privileged or otherwise confidential.  If you are not the intended recipient, or person responsible for delivering this report to the intend recipient, be advised that any review, dissemination, distribution, printing or copying of this report (including any accompanying files or documents) is strictly prohibited. If you received this report in error, please immediately notify the TridentCare Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date and destroy this report (including any accompanying files or documents).

# Michigan Department of Corrections
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Offender Name: | WALKER, MARCUS L | | Off #: | 0374618 |
| Date of Birth: | 08/25/1975 | Sex:    M | | |
| Scanned Date: | 04/07/2025 14:57 | | Facility: | MRF |

**Reviewed by Martino, Juliana [JM12] NP on 04/07/2025 15:09.**

374618

# MRI lumbar spine without contrast

Status: Final result

## Patient Images
Show patient images

## Imaging Result

**Walker, Marcus**
MRN: 62287923, Male, 8/25/1975
i0005179573

### HENRY FORD HEALTH
Henry Ford Health System Radiology
Henry Ford Jackson Health

---

ORDER DATE: 5/7/2025 3:24 PM
PROCEDURE: MRI LUMBAR SPINE WO CONTRAST

REASON FOR EXAM: Other Comments; transcribed- rle weakness, toe
numbness
ADDITIONAL HISTORY: Chronic low back pain with rt hip and leg radicluopathy to the foot with numbness x yrs. No injury or surgery.
-
MRI LUMBAR SPINE

Technique: T1and T2 weighted images were obtained in axial and sagittal planes.

Comparison: No previous relevant studies available for correlation.

FINDINGS:
There is no evidence of acute osseous fracture. The vertebral body is
maintained. Mild dextroconvex curvature is seen with apex at L3.
Moderate to severe L3-4, L4-5 and mild to moderate L5-S1 disc space
narrowing with disc desiccation and spurring is seen. Prominent endplate changes are seen at L3-4 and L4-5.
There is no evidence of bone marrow replacement process.
The conus medullaris is normal in position and appearance.

T12-L1, L1-2: No disc herniation, central canal stenosis or significant neural foraminal encroachment is seen.

L2-3:There is mild diffuse disc bulge with moderate right and mild left encroachment with minimal effacement thecal sac.

L3-4: There is diffuse disc bulge with left precentral protrusion, epidural fat and facet degenerative change is causing moderate to severe left lateral recess narrowing, moderate central canal stenosis,
severe left and moderate to severe right foraminal encroachment.

L4-5: There is diffuse disc bulge with central disc protrusion and prominent epidural lipomatosis causing severe canal stenosis, severe

### Appointment Info
**Exam Date**
05/07/2025 3:24 PM

**Patient Class**
Outpatient

**Department**
Henry Ford MRI - Jackson Hospital

**Diagnoses**
Weakness of right lower extremity
Numbness of toes

### Providers
**Authorizing Provider**
Schmidt, Patricia, DO
No address on file

**CC Providers**

---

right and moderate severe left foraminal encroachment. The disc
appears to be abutting and probably impinging right L4 nerve root.

L5-S1: There is diffuse disc bulge with facet arthropathy causing
severe right and moderate severe left foraminal encroachment
without
significant central canal stenosis.


IMPRESSION:
Multilevel spondylosis more prominent at L3-4 to L5-S1 with central
canal stenosis and foraminal encroachment as described.

-
Radiologist/Resident/RPA/USP: Mohammad Asad, M.D

I have personally reviewed the images, finalized the report and
E-signed: Mohammad Asad, M.D at 5/7/2025 3:55 PM
WORKSTATION: DSV5
MDOC: 374618




Signed By: Mohammad Asad, MD on 5/7/2025  3:55 PM

## CPT for Order

| Order | CPT |
| --- | --- |
| MRI lumbar spine without contrast | 72148 |

## ⚕ MRI lumbar spine without contrast: Patient Communication

| 📖 Released | ✖ Not seen |
| --- | --- |

## Exam Information

| Status | Exam Begun | | Exam Ended | |
| --- | --- | --- | --- | --- |
| Final [99] | 5/07/2025 | 14:35 | 5/07/2025 | 15:24 |

## External Result Report

External Result Report

## ⚕ Encounter

View Encounter

## Additional Details

View Result History

## Additional Details

View Result Routing

## IMG Smart Link info

| Smart Link ID | Order |
| --- | --- |
| IMG283 | MRI lumbar spine without contrast |

## Protocol Summary                                                    Protocol History

Marked as No Protocol Needed on 3/31/2025  1:58 PM EDT by Linabury, Melissa, NA

## Additional Details

View Order Tracking

## Orders History

Audit Trail

## Order Report

⚏ Order Details


Walker, Marcus (MR # 62287923) Printed by [IMP075484] at 5/8/2025 9:24 AM

# Michigan Department of Corrections
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | WALKER, MARCUS L | | | Off #: | 0374618 |
| Date of Birth: | 08/25/1975 | Sex: | M | | |
| Scanned Date: | 05/08/2025 09:41 | | | Facility: | MRF |

**Reviewed with New Encounter Note by Farris, Kim [KF1] PA on 05/08/2025 15:03.**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES
## Physical Therapy Evaluation

**PATIENT:** MARCUS WALKER
**ADDRESS:** ARF, ARF
**CITY:**
**ZIP:**

**DATE OF BIRTH:** 08/25/1975

**STATE:** MI
**TELEPHONE:** _____

**REFERRING PHYSICIAN:** Mary Greiner DO
**PRIMARY THERAPIST:** Scott J. Weaver, PT
**ONSET DATE:** 01/10/2019
**DATE OF REFERRAL:** 03/14/2019
**INITIAL EVALUATION DATE:** 03/14/2019 12:23 PM
**START OF CARE DATE:** 03/14/2019

**Ordering Diagnosis**
Disorder, rotator cuff NEC  726.19
*Patient is aware of diagnosis/prognosis*

**Subjective**
**Chief Complaint / Reason for Visit**
1. elbow pain

2. shoulder pain

3. HEP

Patient history reviewed.
**Comments (Subjective):** 43 yp male seen 1/7 at U of Mich orthopedic clinic with PA Jennifer Kreinbrink PA/Michael Freehill, MD.The MD injected Ropivacaine 0.2% 6 ml of and Toradol 60 mg into the subacromial space using a posterolateral approach.
From their visit:Dx: chronic Rt shoulder pain, complete rotator cuff tear, biceps tenosynovitis, bursitis with some pain out of proportion and strength deficit out of proportion. Recommend front-line tx with Physical Therapy for shoulder girdle strengthening.
9/5/18 MRI RT shoulder. Re-read by U of M ortho IMP: near full-thickness tear of the supraspinatus tendon. Prtial tear of the infraspinatus. Biceps tenosynovitis. Impingement.
He has reported shot helped a little but the shoulder is worse now.  He states any movement increases pain and discomfort

**Objective**
**Physical Exam**
**Shoulder Evaluation**

| Inspection | Right Shoulder |
|---|---|
| Posture: | symmetrical |
| Deformities: | absent |
| Skin \| Scars: | normal |
| Atrophy: | absent |
| Rhythm: | normal |
| Winging: | absent |
| **Palpation** | **Right Shoulder** |

**Crepitus:** subacromial
present
**Biceps Tendon** Right Shoulder
**Obrien's:** positive
**SLAP Tests:** positive
**Rotator Cuff** Right Shoulder
**Neer's:** positive
**Hawkin's:** positive
**Lift Off Test** negative
**Strength Tests** Right Shoulder
**Supraspinatus:** abnormal
**Ext Rotation:** abnormal

**Range of Motion- Description**
Right Shoulder Active: active painful range of motion with limiting factors of pain
Right Shoulder Passive: passive painful range of motion with limiting factors of pain

**Range of Motion- Measurement**

| Movement | Active Range | Right Passive Range |
|---|---|---|
| Int Rot 90: | 40 degrees | 60 degrees |
| Flexion: | 80 degrees | 130 degrees |
| Abduction C: | 80 degrees | 130 degrees |

**Upper Extremity Strength / Neuro Vascular**

**Strength - Description**
Right upper extremity strength is normal

| Strength - Measurement | Right |
|---|---|
| Biceps: | 4+/5 |
| Deltoid: | 3/5 |
| External Rotation: | 3/5 |
| Triceps: | 4+/5 |

**Psychiatric:**

**Assessment**
**Rehab Potential:** Poor
**Comments (Assessment):** Decreased shoulder strength and AROM since getting injection and pain/tenderness has gotten worse. He was instructed in home exercises for rotator cuff and shoulder girdle strength and advised to follow up in 4-6 weeks if no improvement, which I anticipate, at which time surgery may be warrented

**Plan**
**Goals**
**Date**
03/14/2019   Patient will be independent with progressive home exercise program within 1 week.
04/20/2016   Patient will achieve the function goal:  Possible lateral epicondyle strap to reduce irritation. within 1 week.
**Rehab Potential:**
Poor
**Exercise:**
HEP

**Comments (Plan):** see assessment for recommedations
**Certification**
From: 01/10/2019
Through: 03/10/2019
**Frequency:** 1 times per week
**Duration:** 1 week
**Number of visits:** 1

---

*This document was generated electronically through NextGen EMR system.*



JACKSON SURGERY CTR    Walker, Marcus
PERI OP                MRN: 62287923, DOB: 8/25/1975, Sex: M
1125 E MICHIGAN AVE    Adm: 3/15/2022, D/C: 3/15/2022
JACKSON MI 49201-1801

---

**H&P - All Notes (continued)**

**H&P by Baker, Caleb, PA at 03/15/22 0850 (continued)**

- Smokeless tobacco:          Never Used
Substance Use Topics
- Alcohol use:                Not Currently

Family History
Family history unknown: Yes

## REVIEW OF SYSTEMS:

General ROS: negative for - chills, fever, fatigue
Dermatological ROS: negative for rash, itching
Respiratory ROS: negative for - cough, wheezing
Cardiovascular ROS: negative for - chest pain, leg swelling
Gastrointestinal ROS: negative for - nausea/vomiting
ENT ROS: negative for - headaches, hearing loss
Ophthalmic ROS: negative for - double vision
Psychological ROS: negative for - depression, anxiety
 Neurological ROS: negative for - headaches

## PHYSICAL EXAMINATION:

There were no vitals filed for this visit.
**Constitutional:** No acute distress. Well developed.
**Head:** Atraumatic. Normocephalic.
**Eyes:** Normal sclera. No erythema or exudate.
**ENT:** Responsive to sound..
**Cardiovascular:** Well perfused. No edema
**Pulmonary/Chest:** No respiratory distress. No tachypnea. No accessory muscle usage.
**Abdominal:** Non-distended.
**Musculoskeletal:**

Right Shoulder:
No atrophy
FROM
Strength 4.5/5
Positive Neer.
Sensation Intact.

**Skin:** Normal color. Visible skin is warm and dry.
**Neurological:** Alert and oriented to person, place, and time.  Normal speech.
**Psychological:** Normal mood and affect.

## IMAGING:

ORDER DATE: 9/15/2021 2:00 PM
PROCEDURE: MRI SHOULDER RIGHT WO CONTRAST

---



JACKSON SURGERY CTR
PERI OP
1125 E MICHIGAN AVE
JACKSON MI 49201-1801

Walker, Marcus
MRN: 62287923, DOB: 8/25/1975, Sex: M
Adm: 3/15/2022, D/C: 3/15/2022

### H&P - All Notes (continued)

**H&P by Baker, Caleb, PA at 03/15/22 0850 (continued)**

REASON FOR EXAM: Other Comments; Transcribed- INJURY DECREASED ROM
ADDITIONAL HISTORY: Pt complains of right sided shoulder pain s/p
weightlifting injury in 2018, complains of pain since then and has
difficulty raising arm above head.

MRI RIGHT SHOULDER WITHOUT CONTRAST

Technique: Coronal T1, fat-saturated T2 and STIR. Sagittal T1 and
fat-saturated T2. Axial gradient and fat-saturated T2.

Comparison: Right shoulder radiograph 06/12/2018. MRI arthrogram right
shoulder 09/05/2018.

FINDINGS:
Acromion: There is a type 2 acromion. There is a large subacromial
spur. The coracoacromial ligament is normal.

Acromioclavicular joint: There is mild to moderate acromioclavicular
joint osteoarthritis.

Subacromial subdeltoid bursa: There is small amount of fluid in the
subacromial subdeltoid bursa.

Rotator cuff: There is mild loss of muscle bulk of the supraspinatus
muscle.

There is a full-thickness tear of the supraspinatus tendon measuring
1.4 cm x 2 cm with underlying moderate tendinopathy with retraction of
the myotendinous junction to the glenohumeral joint, unchanged (image
14 coronal T2 and image 16 sagittal T2 FS). There is a
partial-thickness articular surface tear of the conjoined
supraspinatus and infraspinatus tendon with retraction of the
articular surface fibers measuring 2.8 cm, unchanged (image 12 coronal
PD FS).

There is mild tendinopathy of the subscapularis tendon without
discrete tear.

Biceps tendon: There is tendinopathy of the long of the biceps tendon
within the rotator interval.

Labrum: On this non-arthrographic examination, the bicipital-labral
junction and labrum appear normal.

Glenohumeral joint: There is a physiologic amount of fluid in the
glenohumeral joint. The articular cartilage is normal. The rotator
interval appears normal.



JACKSON SURGERY CTR
PERI OP
1125 E MICHIGAN AVE
JACKSON MI 49201-1801

Walker, Marcus
MRN: 62287923, DOB: 8/25/1975, Sex: M
Adm: 3/15/2022, D/C: 3/15/2022

**H&P - All Notes (continued)**

H&P by Baker, Caleb, PA at 03/15/22 0850 (continued)

Bones: There is subchondral cystic changes in the anterior greater
tuberosity at the rotator interval.

IMPRESSION:
1. Unchanged full-thickness tear of the supraspinatus tendon
measuring 1.4 cm x 2 cm with retraction of the myotendinous junction
to the glenohumeral joint.
2. Unchanged partial-thickness articular surface tear of the
conjoined supraspinatus and infraspinatus tendon with retraction of
the articular surface fibers measuring 2.8 cm.
3. Mild to moderate acromioclavicular joint osteoarthritis.
4. Large subacromial spur.
5. Small amount of fluid in the subacromial subdeltoid bursa related
to full-thickness rotator cuff tear.
6. Mild loss of muscle bulk of the supraspinatus and infraspinatus
muscles.

Radiologist/Resident/RPA/USP: Eric Hoover, M.D.

I have personally reviewed the images, finalized the report and
E-signed: Eric Hoover, M.D. at 9/16/2021 3:15 PM

## ASSESSMENT:

1. **Complete tear of right rotator cuff,
unspecified whether traumatic**

## PLAN:

Rotator cuff repair surgery was discussed as a potential option and it was explained that the recovery process
would entail 4-6 weeks in a sling, 2-3 months of recovery and PT to reduce stiffness and 4-6 months before
return to baseline. They will begin formal physical therapy as early as 1 week post operatively. It was
discussed that the surgery is primarily for pain relief.

The history, physical examination, and imaging studies were reviewed with the patient in detail. The patient has
exhausted all conservative management and secondary to pain and limited function of the shoulder wishes to
proceed with surgery. The risks, benefits, possible complications, alternative options, and peri-operative course
were reviewed with the patient regarding shoulder arthroscopy. Risks to include, but not limited to, infection
that could require further surgery, stiffness, weakness, instability, a thromboembolic event, continued pain,
development of arthritis, need for further surgery, injury to a blood vessel or a nerve, loss of life or limb,
problems with the anesthetic including allergic reaction, were all discussed. All questions and concerns were
addressed at today's office visit. The patient demonstrated full verbal agreement, understands our plan of care,
and wishes to proceed.



JACKSON SURGERY CTR  Walker, Marcus
PERI OP                        MRN: 62287923, DOB: 8/25/1975, Sex: M
1125 E MICHIGAN AVE   Adm: 3/15/2022, D/C: 3/15/2022
JACKSON MI 49201-1801

**H&P - All Notes (continued)**

H&P by Baker, Caleb, PA at 03/15/22 0850 (continued)

Proceed with surgery for right arthroscopic rotator cuff repair. He will follow post operatively.

It was my pleasure participating in your care today.

Electronically Signed: Caleb Baker PA-C  03/15/22 8:50 AM

Electronically signed by Baker, Caleb, PA at 03/15/22 0850



JACKSON SURGERY CTR
PERI OP
1125 E MICHIGAN AVE
JACKSON MI 49201-1801

Walker, Marcus
MRN: 62287923, DOB: 8/25/1975, Sex: M
Adm: 3/15/2022, D/C: 3/15/2022

## Op Note - All Notes

Op Note by Walper, John J, MD at 03/15/22 1042

| | | |
|---|---|---|
| Author: Walper, John J, MD | Service: Orthopedic - Surgery | Author Type: Physician |
| Filed: 03/16/22 1707 | Status: Signed | |
| Editor: Walper, John J, MD (Physician) | | |
| Related Notes: Original Note by Walper, John J, MD (Physician) filed at 03/15/22 1653 | | |

I certify that the services for which payment is claimed were medically necessary and that no qualified resident was available to perform the services. The skilled assistance of Caleb Baker, PA, was necessary for the successful completion of this case. He performed the following medically necessary surgical tasks, to include, retraction, suture passing, suture management, exposure, wound closure, wound dressing, and brace placement.

OPERATIVE NOTE

DICTATED: 15 March 2022.

DATE OF SURGERY: 15 March 2022.

PREOPERATIVE DIAGNOSIS: Right rotator cuff tear.

POSTOPERATIVE DIAGNOSES:
1. Right rotator cuff tear with a large retracted tear of the supraspinatus tendon.
2. Grade 2 to 3 chondromalacia of the humeral head.

PROCEDURE PERFORMED: Left shoulder arthroscopy with:
1. Rotator cuff repair.
2. Subacromial decompression.
3. Debridement of chondroplasty of the humeral head.

SURGEON: John Walper, M.D.

ASSISTANT: Caleb Baker, PA.

ANESTHESIA: General with an interscalene block.

No drains. No complications.

BLOOD LOSS: Minimal.

INDICATIONS: 46-year-old prisoner came in with ongoing pain in his right shoulder. Having failed conservative measures, he elected to proceed with the above-mentioned procedure. Risks, benefits and alternatives were discussed.

OPERATIVE COURSE: Right shoulder was identified and marked in the preoperative area. Interscalene block was placed. He was taken by gurney to the operative suite and positioned supinely, put to sleep with a general anesthetic. Once he was asleep, his right shoulder was examined. He had a full range of passive motion without restriction. At this point, he was positioned in the left lateral decubitus position, stabilized with a bean bag, padded with an axillary roll. Right upper extremity prepped and draped freely in the usual sterile fashion



JACKSON SURGERY CTR
PERI OP
1125 E MICHIGAN AVE
JACKSON MI 49201-1801

Walker, Marcus
MRN: 62287923, DOB: 8/25/1975, Sex: M
Adm: 3/15/2022, D/C: 3/15/2022

### Op Note - All Notes (continued)

**Op Note by Walper, John J, MD at 03/15/22 1042 (continued)**

using 15 pounds of axial traction. After appropriate time-out, scope was inserted in the posterolateral corner of the acromion, outflow cannula in the anterior triangle. Arthroscopy was begun in the glenohumeral joint. The subscap tendon and medial sling of the biceps looked fairly normal. After establishing an anterior cannula, the biceps root was stable. We were able to retract the biceps tendon into the joint and this also looked normal. In the area of the undersurface of the supraspinatus tendon, a full-thickness tear was identified here. On the humeral head side, there was an area in the midportion of the humerus of about 6 mm in diameter and fairly circular of grade 2 to 3 chondromalacia. It was not down to raw bone, but it was a significant chondromalacic injury. This was debrided to stable tissue alternating both anterior and posterior portals. There was also little degenerative tear of the posterior labrum that was also stabilized with an oscillating shaver from the front of the shoulder. The remainder of the glenohumeral joint showed minimal arthritic change. The axillary recess and bare area showed normal rotator cuff attachment. At this point having done the light chondroplasty of the humeral head, we turned our attention to the subacromial space. A fairly large U-shaped retracted tear of the supraspinatus was identified. There was considerable fraying of the coracoacromial ligament as well. We were able to mobilize this tendon just to the medial footprint, not really past this, just past the articular margin. At this point, the footprint was debrided down to some bleeding bone with a burr. We placed 2 triple loaded anchors in the mid footprint and medial footprint, passed sutures from front to back and tied from back to front in simple fashion reducing our tendon back to the footprint. Care was taken to try to tension this without undo tension, then turned our attention to the undersurface of the acromion where a partial acromioplasty was performed in cutting block fashion for moderate anterior spur. Rotator cuff repair was stable to probing. At this point, the shoulder was copiously irrigated. Portal were approximated with 3-0 nylon. Bulky dressing was placed. Anesthesia was reversed and patient was moved carefully from the OR to the gurney on to Recovery, where left in stable fashion. Procedure was tolerated well without complication. Prophylactic antibiotics were given.

Electronically signed by Walper, John J, MD at 03/16/22 1707

**Lab Results**

No matching results found

**Pathology Results**

No matching results found

**Radiology Results**

No matching results found

**Cardiac Results**

No matching results found

**Other Results**

No matching results found

## END OF REPORT

3/24/22, 11:21 AM                           Walker, Marcus (MR#62287923) Printed by SHAFER, CARRIE [IMP023643]

Walker, Marcus (MRN 62287923) DOB: 08/25/1975 Encounter Date: 03/23/2022

374618

# Walker, Marcus

MRN: 62287923

---

**Office Visit** 3/23/2022
Henry Ford Allegiance
Orthopedics

Provider: Baker, Caleb, PA
Primary diagnosis: Orthopedic aftercare
Reason for Visit: Right Shoulder - Post Op Follow Up 🖺; Referred by Hospital,
Duane Waters

## Progress Notes

Baker, Caleb, PA (Physician Assistant)

**PATIENT NAME**          Marcus Walker
**MRN:**                  62287923
**DATE OF BIRTH**         082575
**DATE OF EVALUATION:**   3/23/2022

### CHIEF COMPLAINT:
·**Chief Complaint**
Patient presents with
 • Right Shoulder - Post Op Follow Up
    *DOS-3/15/2022- 1 week 1d*

    *Patient having 8/10 pain today*
    *Maintaining sling*
    *Sutures removed*
    *Taking ultram for pain*

### HISTORY OF PRESENT ILLNESS:

Marcus Walker is a 46 y.o. male who presents to the clinic today s/p right RC repair. Pain is controlled
with tramadol, nsaids and ice. He is wearing sling. He has no PT scheduled that he is aware of. There
are no other concerns at this time.

### HISTORY:

**Past Medical History:**
Diagnosis                                                                 Date
 • Gastro-esophageal reflux
 • Hypertension
 • Migraines

History reviewed. No past medical history pertinent negatives.
No past surgical history on file.
No past surgical history pertinent negatives on file.

Current Outpatient Medications:
 • amitriptyline (ELAVIL) 50 MG tablet, Take 50 mg by mouth daily., Disp: , Rfl:
 • doxyCYCLINE (VIBRAMYCIN) 100 MG capsule, Take 1 capsule (100 mg total) by mouth 2 (two)
times daily., Disp: 20 capsule, Rfl: 0
 • ibuprofen (ADVIL,MOTRIN) 800 MG tablet, Take 1 tablet (800 mg total) by mouth 3 (three) times
daily., Disp: 21 tablet, Rfl: 0
 • lisinopril (PRINIVIL,ZESTRIL) 30 MG tablet, Take 30 mg by mouth daily., Disp: , Rfl:
 • pantoprazole (PROTONIX) 40 MG DR tablet, Take 40 mg by mouth daily., Disp: , Rfl:
 • raNITIdine (ZANTAC) 150 MG tablet, Take 150 mg by mouth 2 (two) times daily., Disp: , Rfl:
 • senna (SENOKOT) 8.6 mg tablet, Take 1 tablet by mouth daily., Disp: , Rfl:
 • topiramate (TOPAMAX) 50 MG tablet, Take 50 mg by mouth 2 (two) times daily., Disp: , Rfl:

Walker, Marcus (MR # 62287923) Printed by [IMP023643] at 3/24/22 11:21 AM

Walker, Marcus (MRN 62287923) DOB: 08/25/1975 Encounter Date: 03/23/2022

- verapamil (CALAN) 120 MG tablet, Take 120 mg by mouth 3 (three) times daily., Disp: , Rfl:
- oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet, Take 1-2 tablets by mouth every 4 (four) hours as needed. (Patient not taking: Reported on 3/23/2022), Disp: 30 tablet, Rfl: 0

No Known Allergies

**Social History**

Tobacco Use
- Smoking status:                    Unknown If Ever Smoked
- Smokeless tobacco:              Never Used

Substance Use Topics
- Alcohol use:                         Not Currently

**Family History**
Family history unknown: Yes

## REVIEW OF SYSTEMS:

General ROS: negative for - chills, fever, fatigue
Dermatological ROS: negative for rash, itching
Respiratory ROS: negative for - cough, wheezing
Cardiovascular ROS: negative for - chest pain, leg swelling
Gastrointestinal ROS: negative for - nausea/vomiting
ENT ROS: negative for - headaches, hearing loss
Ophthalmic ROS: negative for - double vision
Psychological ROS: negative for - depression, anxiety
Neurological ROS: negative for - headaches

## PHYSICAL EXAMINATION:

There were no vitals filed for this visit.
**Constitutional:** No acute distress. Well developed.
**Head:** Atraumatic. Normocephalic.
**Eyes:** Normal sclera. No erythema or exudate.
**ENT:** Responsive to sound..
**Cardiovascular:** Well perfused.  No edema
**Pulmonary/Chest:** No respiratory distress. No tachypnea. No accessory muscle usage.
**Abdominal:** Non-distended.
**Musculoskeletal:**

Right Shoulder: Incisions closed, clean and dry. No erythema.  Supple and tepid.   FROM elbow. Sensation intact.

**Skin:** Normal color. Visible skin is warm and dry.
**Neurological:** Alert and oriented to person, place, and time.  Normal speech.
**Psychological:** Normal mood and affect.

## PERTINENT LABS:

None

## IMAGING:

None

## ASSESSMENT:

1.   **Orthopedic aftercare**
2.   S/P right rotator cuff repair

Walker, Marcus (MRN 62287923) DOB: 08/25/1975 Encounter Date: 03/23/2022

    3.    Arthritis of right glenohumeral joint
Stable post op

**PLAN:**

Procedure and images reviewed in detail to patient's understanding.

Sutures removed without complication.

Elevate hand above heart and place ice for reduction of swelling.  Ice and Nsaids as needed.

Continue sling immobilization for 3 weeks, then wean.  Frequently remove sling for elbow/wrist/hand exercises including Codman's and finger walks as demonstrated.

Begin PT.

F/U in 2-3 months to advance the rehabilitation.

It was my pleasure participating in your care today.

Electronically Signed: Caleb Baker PA-C  03/23/22 9:51 AM

## Instructions

📅  Return in about 3 months (around 6/23/2022).

## Additional Documentation

| | |
|---|---|
| Vitals: | Ht 1.753 m (5' 9") Wt 117.9 kg (260 lb) BMI 38.40 kg/m² BSA 2.31 m² |
| Flowsheets: | Patient Location, Anthropometrics |
| Encounter Info: | Billing Info, Allergies, Detailed Report, History Report |

## Media
From this encounter

Scan on 3/23/2022 0925 by Lewandowski, Sara

## Orders Placed
None

## Medication Changes
None

## Visit Diagnoses

✦ Orthopedic aftercare

  S/P right rotator cuff repair

  Arthritis of right glenohumeral joint

644618

**PATIENT**

MRN: 62287923
Walker, Marcus
08/25/1975  46Y  M

DATE: 3-23-22

PLAN: Stable post op Rt AC Repair
Wear sling for 3 more wks,
then wean. No lifting. Begin
Physical Therapy ASAP 2-3 times
a week for 4-6 wks. Ice &
Nsaids prn for pain.

FOLLOW UP: 2-3 months

PHYSICIAN SIGNATURE: Caleb Bahir PA-C

# Michigan Department of Corrections

## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | WALKER, MARCUS L | | | Off #: | 0374618 |
| Date of Birth: | 08/25/1975 | Sex: | M | | |
| Scanned Date: | 03/24/2022 11:48 | | | Facility: | ARF |

**Reviewed with New Encounter Note by Jindal, Rosilyn [RJ1] PA on 03/31/2022 15:49.**

UNITED STATES DISTRICT COURT&
FOR EASTERN DIVISION OF MICHIGAN
%SOUTHERN DIVISION

MARCUS L.WALKER,

      Plaintiff,

v.

MARY GRIENER etal

      Defendant;

_____/

Case No.2:21-cv-12874

Denise Page Hood

United States District Judge

## CERTIFICATE OF SERVICE

I, Marcus L.Walker, the undersigned Plaintiff in the above entitled case,
do hereby declare that on this ___9___ day of June,2025; I served copies of the
#following documents on the above listd people by %placing the same in sealed
envelopes, properly addressed and handling them to a prison official at the
MRF-Macomb Correctional Facility, 34625 26 Mile Rd. Lenox Twsp,MI 48048.
To be placed in the prison's outgoing mail via the MDOC's mandated prisoner
expedited legal mail system with first class postage fully pre paid.

Pursuant to 28 U.S.C. sa1746, I declare under penalty of perjury that the
following is true and correct.

Executed June__9__,2025

x _Marcus Y. Walker_ ⁻374618

Marcus L.Walker#374618
Plaintiff In Pro per
MRF-Macomb Correctional Facilty
34625 26 Mile Rd.
Lenox Twsp,MI 48048

Marcus L. Walker #374618
Macomb Correctional Facility
34625 26 Mile Rd.
Lenox Township, MI. 48048

U.S. MARSHALS

Magistrat Judge patricia Morris/ UNITED States District Court

For THE Eastern DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD Room 546
DETROIT, MICHIGAN. 48226



FIRST-CLASS

US POSTAGE
$004.01°