9

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Marcus Walker #374618
  Plaintiff,

v.

Greiner, et. al.,
  Defendants.

Case No.: 2:21-cv-12874
District Judge: Denise Page Hood
Magistrate Judge: Patricia T. Morris

FILED
JUL 22 2025
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

Marcus Walker #347618
In Pro Se
Macomb Correctional Facility
34625 26 Mile Road
Lenox Township, MI. 48048

Ian T. Cross (P83367)
Attorney for Mary Greiner, D.Z
902 W. Liberty St.
Ann Arbor, MI. 48103
(734) 994-9590
ian@lawinannarbor.com

## MARCUS WALKER'S RESPONSE TO DR. MARY GREINER'S MOTION/REQUEST TO DISMISS WITHOUT PREJUDICE

Please take notice Your Honor, and with respect, Your Plaintiff Marcus Walker, states the following with regard to the above-filed response and request by Dr. Greiner referencing the Order to Show Cause in this matter.

Before preceding into a long drawn out response, for this Attorney's benefit, I would request of this Honorable Court to recognize this Pro Se Plaintiff's standing pursuant to <u>Haines v Kerner, 404 U.S. 519</u>. That pursuant within that holding, I am held to less stringent standards than formal pleadings crafted by lawyers, and my pleadings should be

1

liberally construed. I would also point Dr. Greiner's licensed Attorney, Mr. Ian T. Cross to <u>Houston v. Lack, 487 U.S. 266, 282, 108 S.Ct. 2379, 101 L.Ed. 2d 245 (1988)</u>, where Mr. Cross makes the assertion that Plaintiff's claim is untimely filed: Mr. Cross seems to want the Court to penalize Plaintiff for MRF being slow in processing Plaintiff's disbursement for legal mail.

Surely Mr. Cross should know that prison processes are not perfect by any means. But moreover, the attached exhibits are clearly dated and stamped sufficient to satisfy the <u>Federal Mailbox Rule</u> as defined.

QUESTION: <u>WAS PLAINTIFF'S PROOF OF CLAIM TIMELY FILED PURSUANT TO THE PRISON MAILBOX RULE?</u>

<u>DISCUSSION</u>

- The prison mailbox rule provides that a paper filed by an inmate confined to an institution is timely if deposited in the institution's internal mailing system "<u>on or before</u>" the last day for filing. If an institution has a system designed for legal mail, (which Macomb Regional Facility does, and which was utilized by Plaintiff, [See Exhibits A and B]), the inmate <u>must</u> use that system to receive the benefit of this rule. The Plaintiff has done that, <u>thus establishing timely filing of his Proof of Claim</u>.

2

The mailbox rule goes on to state in <u>United States v. Taylor, 2025 U.S. Dist. Lexis 98538</u>, that "timely filing may be shown by a declaration in compliance with 28 U.S.C. § 1746 or by a notarized statement, either of which <u>MUST</u> set forth the <u>date of deposit and state that first-class postage has been prepaid</u>." Such was done, and the exhibits are factual proof his filings were timely. The prison system was slow, not by any fault of Plaintiff.

### THE OPT-OUT THIRD PARTY RELEASES AND OPT-OUT DEADLINE

Mr. Cross, Attorney for Dr. Mary Greiner, D.O., refers to the Plan like it is the Supreme law of the land and seems to assert that I have to claim that I am a creditor, or not a creditor, that I opted-out of the Consensual Claimant Release, or that my claim is not subject to the Plan's Channeling Injunction.

To Plaintiff, pro se in all this, having to learn a whole new language of Bankruptcy law, read through a phone-book-thick document labeled "The Plan," meet these deadlines while figuring out what is most important to read and be aware of is an onerous task. I'm fortunate to be where I'm at in this moment.

3

For that, I must thank Honorable Judge Morris for being patient and recognizing Plaintiff is Pro Se and has not requested an Attorney. The opt-out release form Mr. Cross speaks of for third-party's was never provided to me along with "The Plan." Mr. Cross asserts that it is available and references "Note 3, See Case No. 23-90086 (Bankr. S.D. Tex.) Docket No. 2014, pg. 57, available at: https://www.veritaglobal.net/tehum/document/2390086250303000000000002.

Evidently Mr. Cross is of the 1% privileged and never known anyone who's been incarcerated. Your Plaintiff has no access to the internet and limited computer access to research and can't download not a thing. I'm sure Your Honor knows this already. Mr. Cross is correct about one thing, he has not presented a valid legal argument that should lead this Honorable Court to believe the Mailbox Rule does not apply in this matter, and moreover my filing was timely.

I, Your Plaintiff, only sees a desperate attempt to find a technicality to exonerate a client (and to my guess a friend), from liability of wrong-doing, neglect of medical attention and deliberate indifference. It is insulting to Plaintiff, and should be to this Honorable Court as well to address such a juvenile attempt at technicality dismissal.

4

In closing Your Honor, Mr. Cross could have simply requested a Stay of Proceeding till finalization of the Trust Settlement. But then again, <u>the fact that the Settlement is in process</u> places the individual-capacity injury claim in Good-standing. A "Stay" will not change the outcome of liability for Dr. Greiner.

Neither do I believe it would be cost-effective to dismiss the case without prejudice and be filing all the paperwork from ground zero — re-working the clerks and everyone else including yourself would be time-consuming and time wasteful. <u>I'm not opposed to a Stay of some sort, or "mediation to settle this personal injury claim would be more cost effective in Plaintiff's estimate."</u> Plaintiff is opposed to neither. Plaintiff is opposed to juvenile tactics and wasting of time. This Honorable Court should be as well. FURTHER SAYETH NOT

Date: July 6, 2025

Respectfully submitted,
Marcus L. Walker #374618
Marcus L. Walker #374618

### PROOF OF SERVICE

I hereby certify that on July ___, 2025 I mailed a copy of "Marcus Walker's Response" to Ian T. Cross, Attorney for Defendant Dr. Mary Greiner D.O., at 402 W. Liberty St., Ann Arbor, MI. 48103, the Attorney's current address.

Date: July 6, 2025

Signed: Marcus L. Walker
Marcus L. Walker #374618
Plaintiff Pro Se
Macomb Correctional Facility
34625 26 Mile Road
Lenox Township, MI. 48048

| MICHIGAN DEPARTMENT OF CORRECTIONS | CAR-100 |
|---|---|
| **DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM** | 4835-1100 |
| | 10/08 |

Prisoners write clearly-illegible/incomplete forms will not be processed.  Date: 8-7-23

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| 374618 | Walker | MRF | 5-61-B |

Pay To: Regular Postage

Address:

Cost/Amount: $ .63

Reason/Description: (If to relative, identify relationship)

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Tehum Care Service Inc. | | | | | | $ | $ |
| | c/o KCC | | | | | | | |
| | 222 N. Pacific Coast Hwy ste 300 | | | | | | | |
| | El Segundo, CA 90245 | | | | | | | |

RECEIVED AUG 8 2023 MRF MAILROOM

Sub-Total $ .63
Delivery Costs $
Tax (if applicable) $
Total Amount Enclosed $ .63

_[signature]_ 8-7-23
Prisoner's Signature            Date

_[signature]_ 8/7/23
R.U.M. or Authorized Agent   Date

Deputy Warden or Authorized Agent   Date

Warden or Authorized Agent   Date

| | | |
|---|---|---|
| Code | Actual Expense | Batch Number |

Distribution: White-Business Office; Canary-Vendor; Pink-Property; Goldenrod-Prisoner

Exhibit A

Tehum Care Services, Inc.
c/o KCC
222 N Pacific Coast Highway, Ste. 300
El Segundo, California 90245

Jan 9th, 2025

Mr. Marcus Walker #374618
Macomb Regional Facility (MRF)
34625 26 Mile Rd.
Lenox, Michigan 48048-3002

RE: See Encl., [PROOF OF CLAIM] DEEMED TIMELY FILED]

C/o KCC @ Tehum Care Services,

   Enclosed for your files, I'm returning to you this official form 410 Proof of Claim. The Case Number is 23-90086 in the United States Bankruptcy Court for the Southern District of Texas.

   Also see, Walker v Corizon, et. al., Case No. 2:21-cv-12874, in accordance with the Federal Mailbox Rule. See attached, (Exhibit A), disbursement authorization signed on 8-7-23 and received/processed by prison mailroom on 8-8-23.

   Please acknowledge receipt of authorization, properly filed.

                                    Respectfully,
                                    Marcus L. Walker
                                    Marcus Walker #374618

cc: File

[Exhibit B]

# MEMORANDUM

Date:   November 20, 2024

From:   Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), Solicitation Agent for the Debtors

Re:     In re Tehum Care Services, Inc., Case No. 23-90086 (CML)

---

To whom it may concern:

Please note that the enclosed materials do not include a ballot or opt-out form. If you represent a creditor or interest holder entitled to vote to accept or reject the *Joint Chapter 11 Plan of the Tort Claimants' Committee, Official Committee of Unsecured Creditors, and Debtor*, the ballot and opt-out form were sent to the creditor address as reflected in either the Schedules of Assets and Liabilities or a filed proof of claim.

To access electronic versions of the Plan, Disclosure Statement, and the Solicitation Procedures Order, please visit https://www.veritaglobal.net/tehum.

If you have any additional questions, please contact us at https://www.veritaglobal.net/tehum/inquiry or (866) 967-0491 (U.S./Canada) or +1 (310) 751-2691 (International). You may also visit https://www.veritaglobal.net/tehum for more information.

*[Handwritten annotations:]*
*300 - order*
*Claim Deems Timely*
*Prison mail box*
*Attorney [redacted]*

*[Exhibit C]*

Marcus L. Walker # 374618
Macomb Correctional Facility
34625 26 mile Rd.
Lenox Township, MI 48048

RECEIVED
JUL 22 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

Magistrate Judge: Patricia T. Morris
United States District Court
Eastern District of Michigan
Office of the Clerk
United States District Court
231 W. Lafayette Boulevard, Fifth Floor
Detroit, MI. 48226

METROPLEX MI 480
8 JUL 2025 PM 2 L
FIRST-CLASS
ZIP 48048
02 7W
0000362250 JUL 07 2025
US POSTAGE — PITNEY BOWES
$ 000.97